UNITED STATES DISTRICT COURT
Southern District of Florida

00-4096-BMS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | Case Number: CR _____ |
| V.S.<br>Kirk Stewart<br>Defendant | REPORT COMMENCING<br>CRIMINAL ACTION 60645-004 |

TO: Clerk's Office        Miami    ~~Ft. Lauderdale~~    (W. Palm Beach)
    U.S. District Court              (Circle One)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

All items are to be completed. Information not applicable or unknown will be indicated "N/A"

(1) Date and Time of Arrest: 5/4/00  2:55 PM

(2) Language Spoken: English

(3) Offense(s) Charged: 21USC952-UNLAWFUL IMPORTATION OF NARCOTICS

    21USC841(A) - POSS. W/H INTENT TO DISTR. NARCOTICS

(4) U.S. Citizen    ( ) Yes    (✓) No    ( ) Unknown

(5) Date of Birth: 6/9/1969

(6) Type of Charging Document: (Check One)
    ( ) Indictment    (✓) Complaint    To be filed/Already filed

    CASE# _____
    ( ) Bench Warrant for Failure to Appear
    ( ) Probation Violation Warrant
    ( ) Parole Violation Warrant

    Originating District: Southern
    COPY OF WARRANT LEFT WITH BOOKING OFFICER ( ) YES    ( ) NO

    Amount of Bond: $_____    Who set Bond: _____
(7) Remarks: _____

(8) Date: 5/4/00    (9) Arresting Officer: Cruz
(10) Agency: U.S. CUSTOMS SERVICE    (11) PHONE: 954 921-3509
(12) Comments: _____