UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6115**

21 USC § 841(a)
21 USC § 846
21 USC § 952
21 USC § 963
18 USC § 2

**CR-DIMITROULEAS**

**MAGISTRATE JUDGE
SNOW**

UNITED STATES OF AMERICA,

Plaintiff,

MICHELE BLACKWOOD and
KIRK STEWART,

Defendants.

_____/



The Grand Jury charges that:

## INDICTMENT

### COUNT I

In or about April 2000 through May 4, 2000, the exact dates being unknown to

the Grand Jury, at Broward County, in the Southern District of Florida, and elsewhere,

the defendants,

MICHELE BLACKWOOD and
KIRK STEWART,

did knowingly and intentionally combine, conspire, confederate and agree with each

other and with persons unknown to the Grand Jury to import into the United States,

from a place outside thereof, a Schedule II controlled substance, that is, a mixture and



substance containing a detectable amount of cocaine, in violation of Title 21, United

States Code, Section 952(a); all in violation of Title 21, United States Code, Section

963.

## COUNT II

On or about May 4, 2000, at Broward County, in the Southern District of

Florida, the defendants,

### MICHELE BLACKWOOD  and
### KIRK STEWART,

did knowingly and intentionally import into the United States, from a place outside

thereof, a  Schedule II controlled substance, that is, a mixture and substance containing

a detectable amount of cocaine, in violation of Title 21, United States Code, Section

952(a)and Title 18, United States Code, Section 2.

## COUNT III

In or about April 2000 through May 4, 2000, the exact dates being unknown to

the Grand Jury, at Broward County, in the Southern District of Florida, and elsewhere,

the defendants,

### MICHELE BLACKWOOD  and
### KIRK STEWART,

did knowingly and intentionally combine, conspire, confederate and agree with each

other and with persons unknown to the Grand Jury to possess with intent to distribute

a Schedule II controlled substance, that is, a mixture and substance containing a

2

detectable amount of cocaine, in violation of Title 21, United States Code, Section

841(a)(1); all in violation of Title 21, United States Code, Section 846.

## COUNT IV

On or about May 4, 2000, at Broward County, in the Southern District of

Florida, the defendants,

MICHELE BLACKWOOD and
KIRK STEWART,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled

substance, that is, a mixture and substance containing a detectable amount of cocaine,

in violation of Title 21, United States Code, Section 841(a)(1)and Title 18, United

States Code, Section 2.

A TRUE BILL

FOREPERSON

THOMAS E. SCOTT
UNITED STATES ATTORNEY

LYNN D. ROSENTHAL
ASSISTANT UNITED STATES ATTORNEY

3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:   MICHELE BLACKWOOD             No.: _____

**Count #:1**
Conspiracy to Import Cocaine _____

Title 21, United States Code, Section 963 _____

*Max. Penalty: Mandatory Minimum 5 Years' up to 40 years' Imprisonment and a $2,000,000 fine
**Count #:2**
Importation of Cocaine _____

Title 21, United States Code, Section 952(a) _____

*Max. Penalty: Mandatory Minimum 5 Years' up to 40 years' Imprisonment and a $2,000,000 fine
**Count #:3**
Conspiracy to Possess Cocaine with Intent to Distribute _____

Title 21, United States Code, Section 846 _____

*Max. Penalty: Mandatory Minimum 5 Years' up to 40 years' Imprisonment and a $2,000,000 fine
**Count #:4**
Possession with Intent to Distribute Cocaine _____

Title 21, United States Code, Section 841(a)(1) _____

*Max. Penalty: Mandatory Minimum 5 Years' up to 40 years' Imprisonment and a $2,000,000 fine
Count #:

_____

_____

*Max. Penalty: _____
Count #:

_____

_____

*Max. Penalty: _____
Count #:

_____

_____

*Max. Penalty: _____
**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:  KIRK STEWART_____ No.: _____

**Count #:1**
Conspiracy to Import Cocaine_____

Title 21, United States Code, Section 963_____

*Max. Penalty: Mandatory Minimum 5 Years' up to 40 years' Imprisonment and a $2,000,000 fine
**Count #:2**
Importation of Cocaine_____

Title 21, United States Code, Section 952(a)_____

*Max. Penalty: Mandatory Minimum 5 Years' up to 40 years' Imprisonment and a $2,000,000 fine
**Count #:3**
Conspiracy to Possess Cocaine with Intent to Distribute_____

Title 21, United States Code, Section 846_____

*Max. Penalty: Mandatory Minimum 5 Years' up to 40 years' Imprisonment and a $2,000,000 fine
**Count #:4**
Possession with Intent to Distribute Cocaine_____

Title 21, United States Code, Section 841(a)(1)_____

*Max. Penalty: Mandatory Minimum 5 Years' up to 40 years' Imprisonment and a $2,000,000 fine
Count #:

_____

_____

*Max. Penalty:_____
Count #:

_____

_____

*Max. Penalty:_____
Count #:

_____

_____

*Max. Penalty:_____
**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

v.
MICHELE BLACKWOOD and
KIRK STEWART

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information**:

**Court Division**: (Select One)

| | |
|---|---|
| New Defendant(s) | Yes ____ No **x**____ |
| Number of New Defendants | ____ |
| Total number of counts | ____ |

____ Miami ____ Key West
**x**____ FTL ____ WPB ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:        (Yes or No) **NO**_____
   List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | **X**____ | Petty | | ____ |
| II | 6 to 10 days | ____ | Minor | | ____ |
| III | 11 to 20 days | ____ | Misdem. | | ____ |
| IV | 21 to 60 days | ____ | Felony | | **X**____ |
| V | 61 days and over | ____ | | | |

6. Has this case been previously filed in this District Court? (Yes or No) ____
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) **YES**_____
   If yes:
   Magistrate Case No.   00-4096-SIMONTON_____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of May 4, 2000_____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No) **NO**_____

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? ___ Yes **X** No    If yes, was it pending in the Central Region? ___ Yes ___ No

_____
LYNN D. ROSENTHAL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 343226

\*Penalty Sheet(s) attached                                    REV 4/7/99