COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: KIRK STEWART (J)                CASE NO:    00-6115-CR-DIMITROULEAS

AUSA: LYNN ROSENTHAL                  ATTY:    JASON GREY

AGENT:                                VIOL:

PROCEEDING PTD HEARING/ARRAIGN.       RECOMMENDED BOND

BOND HEARING HELD - yes/no                COUNSEL APPOINTED

_____ BOND SET @

_____ SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS     x's a wk/month by phone;    x's a wk/month in person

3) Travel extended to:

_Gov't proceeded by proffer_

_Govt Alvilente Chay_ _with for Gov_

_PTD Ordered - non_ _____

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:

_____                    PTD/BOND HRG:

_____                    PRELIM/ARRAIGN:

_____                    REMOVAL HRG:

_____                    STATUS CONF:  _June 6_  _11_  _LSS_

Date: 5-22-00   Time 11:00   FTL/LSS
                             TAPE #00-  024  Begin:  /   End: 506