UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6115-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

KIRK STEWART

FILED by D.C.
MAY 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MAY 22, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: CUSTODY
                     _____
                     Telephone:_____

DEFENSE COUNSEL:     Name:    JASON GREY, ESQ.
                     Address:_____
                     _____
                     Telephone:_____

BOND /SET/ CONTINUED:  $_____ PTD Ordered_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this 22ND day of MAY, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
    Deputy Clerk

Tape No. 00-_____

cc: Copy for Judge
    U. S. Attorney

