**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,  CASE NO.: 00-6115 CR DIMITROULEAS
    PLAINTIFF,
Vs.  JUDGE: WILLIAM P. DIMITROULEAS

KIRK STEWART,
    DEFENDANT.
_____/

## NOTICE OF APPEARANCE AS COUNSEL OF RECORD

**COMES NOW, AKHTAR HUSSAIN**, and files his Appearance as Counsel for the above named Defendant. Counsel agrees to represent the Defendant for all proceedings arising out of the transaction with which the Defendant is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this Appearance is unconditional and in conformity with the requirements of Local General Rules and the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the Defendant of the right of Appeal, to file a timely Notice of Appeal, if requested to do so by the Defendant.

Dated on this **19TH**, day of **MAY**, 20**00**.

    Respectfully Submitted,

    **HUSSAIN & ASSOCIATES P.A.**
    **2465 NW 7TH STREET**
    **MIAMI, FLORIDA 33125**
    **(305) 541-2200**

    BY:_____
    **AKHTAR HUSSAIN, ESQUIRE**
    **FLORIDA BAR NO. 298123**
    **ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing, "Notice Of Appearance As Counsel Of Record," was furnished to **LYNN ROSENTHAL, ESQUIRE**, Assistant Unites States Attorney at, **UNITED STATES ATTORNEY'S OFFICE 500 E. BROWARD BLVD.**, in **FT. LAUDERDALE, FLORIDA 33394**, on this **19TH** day of **MAY**, 20**00**.

BY: _____
**AKHTAR HUSSAIN, ESQUIRE**
**FLORIDA BAR NO. 298123**
**ATTORNEY FOR DEFENDANT**