UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )  CASE NO. 00-6115-CR-DIMITROULEAS
                         )  Magistrate Judge
                         )
                         )
v.                       )
                         )
                         )
KIRK STEWART,            )
                         )
        Defendant.       )
_____ )  **GOVERNMENT'S RESPONSE TO**
                            **THE STANDING DISCOVERY ORDER**

The United States hereby files this response to the Standing
Discovery Order. This response also complies with Local Rule 88.10
and Federal Rule of Criminal Procedure 16, and is numbered to
correspond with Local Rule 88.10.

- A. 1. The government is unaware of any written or
       recorded statements made by the defendant.

  2. That portion of the written record containing the
     substance of any oral statement made by the
     defendant before or after arrest in response to
     interrogation by any person then known to the
     defendant to be a government agent is attached.

  3. No defendant testified before the Grand Jury.

  4. The NCIC record of the defendant, if any exists,
     will be made available upon receipt by this office.

  5. Books, papers, documents, photographs, tangible
     objects, buildings or places which the government
     intends to use as evidence at trial to prove its
     case in chief, or were obtained or belonging to the
     defendant may be inspected at a mutually convenient
     time at the Office of the United States Attorney,
     500 East Broward Blvd, Fort Lauderdale, Florida,
     Suite 700. Please call the undersigned to set up a
     date and time that is convenient to both parties.
     The undersigned will tentatively set the date for
     June7,2000 at 9:00 am. Please call the undersigned
     with 48 hours notice if you intend to review the
     evidence at this date and time.



The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.

6. A laboratory analysis of the substance seized in connection with this case will be made available to you upon receipt by this office.

B. DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C. The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976).

D. The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959).

E. The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

F. To date, the defendant was identified in a lineup, show up, photo spread or similar identification proceedings.

G. The government has advised its agents and officers involved in this case to preserve all rough notes.

H. The government will timely advise the defendant of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

In addition, the government may introduce under Rule 404(b) evidence underlying the defendant's past criminal activity that has resulted in arrests and/or convictions and which is summarized in the attached court documents. Specifically, the government may introduce evidence that on April 8, 2000, the defendant came into the United States assisting Ms. Blackwood with the importation of cocaine.

I.  The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance.

J.  The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K.  The government will, upon defense request, deliver to any laboratory presently registered with the Attorney General in compliance with 21 U.S.C. § 822 and § 823 and 21 C.F.R. 1301.13, a sufficient representative sample of any alleged contraband which is the subject of this indictment to allow independent chemical analysis of such sample.

    If there is no response within ten (10) days from the date of the Certificate of Service attached hereto, the bulk of the contraband/narcotics will be destroyed. As usual, random samples will be set aside to be used as evidence at trial.

L.  The government does not know of any automobile, vessel, or aircraft allegedly used in the commission of this offense that is in the government's possession.

M.  The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant.

N.  To date, the government has not received a request for disclosure of the subject-matter of expert testimony that the government reasonably expects to offer at trial.

O.  The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will

3

expedite trial. These stipulations will be discussed at the discovery conference.

The government hereby requests that the defense stipulate to the following facts:

    1.    The amount and purity of the cocaine seized from Ms. Blackwood.

    2.    The airline tickets and reciept information attached hereto are true copies of business records of the businesses. They were maintained in the course of a regularly conducted business activity and created at or near the time of the transaction by, or from information transmitted by, a person with knowledge of that transaction.

P.    At the discovery conference scheduled in Section A.5, above, the government will seek written stipulations to agreed facts in this case, to be signed by the defendant and defense counsel.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

The attachments to this response are numbered pages 1 - 37 . Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By:

Lynn D. Rosenthal
Assistant United States Attorney
Florida Bar No. 343226
500 East Broward Blvd
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255

4

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this 3/ day of May, 2000 to: Akhtar Hussain, 2465 N.W. 7" Street, Miami, Florida 33125

Lynn D. Rosenthal
Assistant United States Attorney

5

## NOTICE

If the passenger's journey involves an ultimate destination or stop in a country other than the country of departure the Warsaw Convention may be applicable and the Convention governs and in most cases limits the liability of carriers for death or personal injury and in respect of loss of or damage to baggage. See also notice headed "Advice to International Passengers on Limitation of Liability" and "Notice of Baggage Liability Limitations."

CONDITIONS OF CONTRACT

*[fine print conditions of contract text, illegible]*

CARRIER RESERVES THE RIGHT TO REFUSE CARRIAGE TO ANY PERSON WHO HAS ACQUIRED A TICKET IN VIOLATION OF APPLICABLE LAW OR CARRIERS TARIFFS, RULES OR REGULATIONS
Issued by the Carrier whose name is in the "Issued By" section on the face of the Passenger Ticket and Baggage Check

Subject To Tariff Regulations

PASSENGER TICKET AND BAGGAGE CHECK SUBJECT TO CONDITIONS OF CONTRACT

AIR JAMAICA LTD
REF IN COUNTRY OF ORIGIN ONLY

STEWART/KIRK MR

| | | | | | | | IATA | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| --VOID-- | | VOID | VOID | | 03MAY00 | | | | | |
| --VOID-- | | VOID | VOID | | | | | | | |
| KINGSTON MANLEY | JM | 807K 04MAY | 1045A OK FXXE30 | | | PAULINES TVL | | | |
| FT LAUDERDALE | JM | 86K 09MAY | 230P OK KXXE30 | | ST ANDREW - JM /MBG2P | | | |
| KINGSTON MANLEY | | | | | 22B SERVICE- | | | |

KINGSTON MANLEY

| CODE FOR PREPAID | | | | | | |
|---|---|---|---|---|---|---|
| 0 FT LAUDERDALE | 1.00XT127XA1048U8126XF XFTL.J | | | | | |

| FARE | 276.00 | KIN JM FLL 06.08 132.00 JM KIN | 09.20 132. 08N3C276.00END ROE |
|---|---|---|---|---|

| TAX | 11645 | 85504226 7074251 |
|---|---|---|

| TAX | 6003M | |

| TAX | 254XX | |

| TOTAL | 1301XTCA/BSR421917 | |

| | 1300 | |

| | 72443582601 | 4     701 3173032226 2 □ |

Alignment mark Texas Instrument 810 Printer



```
                                                            PAGE NO.  0001
                             ------ QUERY  ----- LNE        TERM/
          NAME             DOB    DATE   TIME AGN RSLT  TYP  REF   LANE  AP

STEWART, KIRK            060969  041500 1304 INS TECS API  CUS  PJ08   C
  MIA -MIAMI INTL, FL       DOC: JM1893887          JM P  INSP: 4549617:
STEWART, KIRK            060969  040800 1228 INS TECS API  I/C  PJ07   C
  MIA -MIAMI INTL, FL       DOC: 1893887            JM P  INSP: 2671594:
STEWART, KIRK            060969  033100 1332 INS TECS API  CUS  SI11   C
  FLL -FORT LAUDERDALE, FL  DOC: 1893887            JM P  INSP: 3036213:
STEWART, KIRK            060969  080699 1707 INS TECS API  CUS  PJ17   C
  MIA -MIAMI INTL, FL       DOC: JM1893887          JM P  INSP: 4567555:
STEWART, KIRK            060969  072199 1338 INS TECS API  CUS  SI11   C
  FLL -FORT LAUDERDALE, FL  DOC: 1893887            JM P  INSP: 4235013:
STEWART, KIRK            060969  070499 2024 INS TECS AIR  CUS  SI11   N
  A522-FT LAUDERDALE, HOLLYWOO  DOC: 1893887        JM V  INSP: 2157855:

        TO VIEW DATA ON HIT REFERRAL, ENTER "V" AND PRESS ENTER

MORE..>
               (PF5=FIRST PAGE)   (PF7=PREV PAGE)    (PF8=NEXT PAGE)
   (FF1=HELP)  (PF2=FIELD HELP)   (PF3=MAIN MENU)    (PF4=PREV MENU)
```

15:34                              TECSII - PRIMARY QUERY HISTORY                    05042000 T2MP0604
cr-06115-WPD       Document 22 ASSENGER ACTIVITY FLSD Docket 06/01/2000 P06631

                                                                              PAGE NO.   0003
                                            ------ QUERY  -----  LNE           TERM/
            NAME                    DOB     DATE  TIME AGN RSLT  TYP   REF    LANE  API

  STEWART, KIRK               060969  040399 0847 INS FREQ  API         PJ23   C
    MIA -MIAMI INTL, FL        DOC: 1893887                  JM P   INSP: 215684272
  STEWART, KIRK               060969  031999 1620 INS NOMA  API   INS  PJ26   C
    MIA -MIAMI INTL, FL        DOC: 1893887                  JM P   INSP: 105583084
  STEWART, KIRK               060969  030499 1947 INS NOMA  AIR         SI06   N
    A522-FT LAUDERDALE, HOLLYWOO  DOC: 1893887              JM V   INSP: 008642695
  STEWART, KIRK               060969  030499 0000 CUS FREQ  API                  R
    FLL -FORT LAUDERDALE, FL    DOC: JM1893887              JM P   INSP: APIS CRY



            TO VIEW DATA ON HIT REFERRAL, ENTER "V" AND PRESS ENTER
  END OF DATA

TCSII - PRIMARY QUERY HISTORY          05042000 T2MP060

```
                                        ------ QUERY -----  LNE        TERM/
            NAME                 DOB    DATE  TIME AGN RSLT  TYP  REF  LANE  AP

  STEWART, KIRK               060969  070499 0000 CUS TECS  API               R
   FLL -FORT LAUDERDALE, FL   DOC: 1893887              JM P  INSP: APIS QRY
  STEWART, KIRK               060969  060999 0000 CUS TECS  API               R
   FLL -FORT LAUDERDALE, FL   DOC: JM1893887            JM P  INSP: APIS QRY
  STEWART, KIRK               060969  052399 2051 INS TECS  AIR  I/C  SI11   N
   A522-FT LAUDERDALE, HOLLYWOO DOC: 1893887            JM V  INSP: 08432065
  STEWART, KIRK               060969  050899 1955 INS TECS  AIR  CUS  SI11   N
   A522-FT LAUDERDALE, HOLLYWOO DOC:                          INSP: 07336153
  STEWART, KIRK               060969  050899 0000 CUS TECS  API               R
   FLL -FORT LAUDERDALE, FL   DOC: 1893887              JM P  INSP: APIS QRY
  STEWART, KIRK               060969  042799 1549 INS TECS  AIR  CUS  PJ31   N
   A524-MIAMI, AIRPORT CONCOURS DOC: 1893887            JM V  INSP: 27274578
```

```
        TO VIEW DATA ON HIT REFERRAL, ENTER "V" AND PRESS ENTER
<..MORE..>
                (PF5=FIRST PAGE)   (PF7=PREV PAGE)    (PF8=NEXT PAGE)
    (PF1=HELP)  (PF2=FIELD HELP)   (PF3=MAIN MENU)    (PF4=PREV MENU)
```

*Pauline's*
TRAVEL

shop 63
sovereign centre
106 hope road
kingston 6. jamaica
(876) 978 3505 - 10
fax: (876) 978 3511
pauline@kasnet.com

STEWART/KIRK MR

DATE: 03 MAY 00
PAGE: 02
CONSULTANT: M BLAKE
RECORD LOCATOR: WZHXUY
CUSTOMER NBR: 2024051

INVOICE NO. 2011410 PREPARED FOR: STEWART/KIRK MR

MAY 00 - TUESDAY

| | |
|---|---:|
| TOTAL BASE | 11,645 |
| TOTAL TAX | 2,655 |
| TOTAL AMOUNT DUE | 14,300 |

## Invoice

Pauline's TRAVEL

shop 63
sovereign centre
106 hope road
kingston 6, jamaica
(876) 978 3505 - 10
fax: (876) 978 3511
pauline@kasnet.com

DATE: 03 MAY 00
PAGE: 01
CONSULTANT: M BLAKE
RECORD LOCATOR: WZHXUY
CUSTOMER NBR: 7024251

STEWART KIRK MR

I WILL FLY AIR14.2 PREPARED FOR: STEWART/KIRK MR

MAY 00 - THURSDAY

INERARY NOTE
OCESSING FEE JMD500.00
TV CHGS                                                                      500

R JAMAICA LTD          FLIGHT NO: JM87      CONFIRMED
PART: KINGSTON MANLEY   AT: 1045A            ECONOMY
                                            MEAL SERVED: SNACK
                                            01HR 40MIN
RIVE: FT LAUDERDALE     AT: 125P             AIRCRAFT: AIRBUS A320
                        ARRIVE: TERMINAL 4
                        NON-STOP             REF: J3L3WH

        SEAT NUMBER 12E

MAY 00 - TUESDAY

R JAMAICA LTD          FLIGHT NO: JM86      CONFIRMED
PART: FT LAUDERDALE                          ECONOMY
PART: TERMINAL 4        AT: 230P             MEAL SERVED: SNACK
                                            01HR 40MIN
RIVE: KINGSTON MANLEY   AT: 310P             AIRCRAFT: AIRBUS A320
                        NON-STOP             REF: J3L3WH

        SEAT NUMBER 12E

PLINE TICKET JM3173032226      PSGR STEWART KIRK MR          13,800

CONTINUED ON PAGE 2







































VISAS

IMMIGRATION OFFICER
NO. 163
APR 04 2000
LANDED
JAMAICA

OFFICER
1 6 NOV 1996

VISAS

**UNITED STATES OF AMERICA** VISA

Issuing Post Name
KINGSTON

Surname
STEWART

Given Name
KIRK WILLIAM ANTHONY

Visa Type/Class
R C1

Passport Number
1893887

Sex
M

Birth Date
09JUN1969

Nationality
JAM

Entries
02

Issue Date
01FEB1995

Expiry Date
30APR1995

Annotation
FOR DIRECT AND CONTINUOUS TRANSIT TO BERMUDA
FEB 10-13,1995

VNJAMSTEWART<<KIRK<WILLIAM<ANTHONY<<<<<<<<<<

1893887<<2JAM6906090M9502013C11005886F560159

41

VISAS

VISAS

40







## STATEMENT OF RIGHTS

Violator Name: _Kirk      Stewart_     Violator DOB: _6/9/60_

Before we ask you any questions, it is my duty to advise you of your rights.

You have the right to remain silent.     ___

Anything you say can be used against you in court, or other proceedings.     ___

You have the right to consult an attorney before making any statement or answering any question, and you may have him present with you during questioning.     ___

You may have an attorney appointed by the U.S. Magistrate or the Court to represent you if you cannot afford or otherwise obtain one.     ___

If you decide to answer questions now with or without a lawyer, you still have the right to stop the questioning at any time, or to stop the questioning for the purpose of consulting a lawyer.     ___

HOWEVER —

You may waive the right to advice of counsel and your right to remain silent and answer questions or make a statement without consulting a lawyer if you so desire.

*************************************************************************************

## WAIVER

I have had the above statement of my rights read and explained to me and fully understand these rights. I waive then freely and voluntarily, without threat or intimidation and without any promise of reward or immunity. I was taken into custody at _2:5-_ PM_(time), on _3/4/00_ ___(date), and have signed this document at _____(time), on _____(date).

_Refused to Sign_
(Name)

WITNESSES:

_Richard A. Olles_ /uscs/39270

Advised @ 3:10 P.q

* Indicated he understood rights but was unable to read well. Did not want to sign any documents.

```
 THIS IS A THIRD PARTY BOOKING - SEE CIC*3/23 ***
 1STEWART/KIRKMR
 GAWZHXUY/G2F2/8550422 2MAY J3L3WH
 JM  87 K  TH  4MAY  KINFLL HK1    1045 1325 $SS$    CAB Y
 JM  86 K  TU  9MAY  FLLKIN HK1    1430 1510 $SS$    CAB Y
 FAX-S1 SSRROSDJMHK1 12E/NO SMOKING
 2 SSRROSDJMHK1 12E/NO SMOKING
 FAX-OSIYY PAULINES TRAVEL TEL NO 876 978 3505
 1SIYY IATA NUMBER 85504226
 1SIYY CTCT AGT MARLENE BLAKE
 SIJM CTCP KIN876 707 4251 H
 SIJM CTCT KIN876 978 3505 A
 SIJM CTCP KIN876 978 3511 FAX
 1 SSRTKNAJMHK1 20131730322260
 2 SSRTKNAJMHK1 20131730322260
```

```
 5-HDQAAWZHXUY/G2F2/8550422
 I AS RM  TTY  1721Z/2MAY
 1STEWART/KIRKMR
 OSIYY PAULINES TRAVEL TEL NO 876 978 3505
 OSIYY IATA NUMBER 83504226
 OSIYY CTCT AGT MARLENE BLAKE
 OSIJM CTCP KIN876 707 4251 H
 OSIJM CTCT KIN876 978 3505 A
 OSIJM CTCP KIN876 978 3511 FAX
 SSRROSDJMHK1 12E/N                        .
 JM  87 K  TH  4MAY  KINFLL HK1    1045 1325 $SS$    CAB Y
 JM  86 K  TU  9MAY  FLLKIN HK1    1430 1510 $SS$    CAB Y
 DAAWZHXUY/G2F2/85  HDQ AA RM 1721Z/2MAY
 SSRROSDJMHK1 12E/N
 DAAWZHXUY/G2F2/85  HDQ AA RM 1518Z/3MAY
 SSRTKNAJMHK1 KINFLL0087K04MAY-01STEWART/KIRKMR.20131730322260
 SSRTKNAJMHK1 FLLKIN0066K09MAY-01STEWART/KIRKMR.20131730322260 -
 DAAWZHXUY/G2F2/85  HDQ AA RM 1519Z/3MAY
 FLOWN SEGS
```



### 2
DESCRIPTION – SIGNALEMENT – SEÑAS PERSONALES

| | Bearer – Titulaire – Titular | Wife – Femme – Esposa |
| Profession<br>Profession<br>Profesión | Entertainer | |
| Place and date of birth<br>Lugar y fecha de nacimiento | A. Andrew JAMAICA<br>4th June 1969 | |
| | JAMAICA | |
| Height<br>Taille<br>Estatura | 1 · 73 | |
| | Dark Brown | |
| | Black | |

CHILDREN – ENFANTS – NIÑOS

| Name – Nom – Nombre | Date of Birth – Date de naissance<br>Fecha de nacimiento | Sex – Sexe – Sexo |

Usual Signature of Bearer
Signature du Titulaire
Firma del Titular

Usual Signature of Wife
Signature de la Femme
Firma de Esposa

Bearer
Titulaire
Titular

Wife
Femme
Esposa

PHOTO



## NATIONAL INSURANCE
## REGISTRATION CARD

| N | 69 | 06 | 15 |

NAME STEWART, KIRK A. *(See over)*
R.S.



JAMAICA — NATIONAL IDENTITY CARD



**2**

DESCRIPTION – SIGNALEMENT – SEÑAS PERSONALES

| | Bearer – Titulaire – Titular | Wife – Femme – Esposa |
|---|---|---|
| Profession<br>Profession<br>Profesión | Entertainer | |
| Place and date of birth<br>Lieu et date de naissance<br>Lugar y fecha de nacimiento | A. Andrew JAMAICA<br>9th June 1969 | |
| Country of Residence<br>Pays de Residence<br>País de Residencia | JAMAICA | |
| Stature<br>Estatura | 1 73 cm | |

Dark Brown

Black

Bearer
Titulaire
Titular

PHOTO

Signature of Bearer<br>Signature du Titulaire<br>Firma del Titular

Signature of Wife

---



# NATIONAL INSURANCE
## REGISTRATION CARD

| N | 69 | 06 | 15 |
|---|---|---|---|

NAME STEWART, KIRK    A. (See over)

R.S.

| APHIS/FWS USE ONLY | WELCOME TO THE UNITED STATES | CUSTOMS USE ONLY |
|---|---|---|
| P189388 | | TM |

**DEPARTMENT OF THE TREASURY**
**UNITED STATES CUSTOMS SERVICE**

FORM APPROVED
OMB NO. 1515-0041

## CUSTOMS DECLARATION

19 CFR 122 27, 148.12, 148.13, 148.110, 148.111

Each arriving traveler or responsible family member must provide the following information (only ONE written declaration per family is required).

1. Family Name
**STEWART**

2. First Name — 3. Initial — 4. Birth Date (day/mo/yr)
**KIRK    A    9  6  69**

5. Airline Flight No. or Vessel Name or Vehicle License No.
**Jm. 086**

6. Number of Family Members Traveling With You
**O**

7. (a) Country of Citizenship
**JAMAICA**

7. (b) Country of Residence
**JAMAICA**

8. U.S. Address (Street number/hotel/motel/company name)
**2815 N.W. 39 TERRACE APT. 1**

8. U.S. Address (City/State)
**LAUDERDALE LAKES    FLORIDA**

9. Countries visited on this trip prior to U.S. arrival
(a) **NONE** (b)

(c) **932-1481** / 876 (d)

10. The purpose of my trip is or was
(Check one or both boxes)  □ Business  ☑ Personal

11. I am (We are) bringing fruits, plants, meats, food, soil, birds, snails, other live animals, wildlife products, farm products, or have been on a farm or ranch outside the U.S..   □ Yes  ☑ No

12. I am (We are) carrying currency or monetary instruments over $10,000 U.S. or foreign equivalent.   □ Yes  ☑ No

13. I have (We have) commercial merchandise, U.S. or foreign. (Check one box only)   □ Yes  ☑ No

14. The total value of all goods, including commercial merchandise, I/we purchased or acquired abroad and am/are bringing to the U.S. is   $  "O"
(U.S. Dollars)

(See the instructions on the back of this form under "MERCHANDISE" and use the space provided there to list all the items you must declare. If you have nothing to declare, write "- 0 -" in the space provided above.)

### SIGN BELOW AFTER YOU READ NOTICE ON REVERSE

I have read the notice on the reverse and have made a truthful declaration.

X  K. Stewart     4 · 5 · 2000
Signature     Date (day/month/year)

U.S. Customs use only -- Do not write below this line -- U.S. Customs use only

INSPECTOR'S BADGE NUMBER     CLAIM AREA

TIME COMPLETED

Customs Form 6059B (101695)

CATTERON    NOTICE   813-348 1881

**ALL PERSONS ARE SUBJECT TO FURTHER QUESTIONING AND THEIR PERSONS, BELONGINGS, AND CONVEYANCE ARE SUBJECT TO SEARCH. (19 CFR 162.3 - 152.8)**

The unlawful importation of controlled substances (narcotics, chemicals, prescription medicines if not accompanied by a prescription, etc.) regardless of amount is a violation of U.S. law.

**AGRICULTURAL AND WILDLIFE PRODUCTS**   813 348 1713

To prevent the entry of dangerous agricultural pests and injurious wildlife, the following are restricted. Fruits, vegetables, plants, plant products, soil, meats, meat products, birds, snails and other live animals or animal products, wildlife products. Failure to declare all such items to a Customs/Agriculture inspector can result in penalty and both items may be subject to seizure.

**CURRENCY AND MONETARY INSTRUMENTS**

There is no limit on the amount of monetary instruments which may be brought into or taken out of the United States, however, if you take out of or bring into the United States more than $10,000 (U.S. or foreign equivalent) in coin, currency, travelers checks, money orders or negotiable instruments in bearer form, you must file a report FinCEN 105 with U.S. Customs. **FAILURE TO REPORT THE TOTAL AMOUNT YOU ARE CARRYING MAY LEAD TO THE SEIZURE OF ALL THE MONETARY GAINS** $1870  transient money and PENALTIES of the instrument.   DAVE

**MERCHANDISE**   TOOOEE      C...

(for residents)

Residents may import articles acquired abroad (other than articles purchased in DUTY FREE STORES IN THE U.S. OR ABROAD), which are in their possession at the time of arrival. Articles which you acquired on this trip mailed from abroad, (other than articles acquired in insular possessions and various Caribbean Basin countries) are dutiable upon their arrival in the U.S.

**THE AMOUNT OF DUTY TO BE PAID** will be determined by a Customs officer. U.S. residents are normally entitled to a duty free exemption of $400 on those items accompanying them; non-residents are normally entitled to an exemption of $100. Duty is normally a flat rate of 10% on the first $1000 above the exemption. If the value of goods acquired in item 14 EXCEEDS $1400 PER PERSON, then list ALL articles below and show price paid in U.S. dollars or, for gifts, fair retail value. Please describe all articles by their common names and material. For example: MAN'S WOOL KNIT SWEATER; DIAMOND AND GOLD RING; etc. Also please have all your receipts ready to present to the Customs officer if requested. This will help to facilitate the inspection process.

**COMMERCIAL MERCHANDISE** can be defined as articles for sale, for soliciting orders, or other goods not considered personal effects of the traveler.

**IF YOU HAVE ANY QUESTIONS ABOUT WHAT MUST BE REPORTED OR DECLARED ASK A CUSTOMS OFFICER**

| DESCRIPTION OF ARTICLES (List may be continued on another Form 6059B) | VALUE | CUSTOMS USE |
|---|---|---|
| 1- Well   #500 | parts | Sterten |
|  |  | Honda '95 |
| 3 weeks ago |  | RAFALGO |
| Act (st G |  | mark |
| self employed |  |  |
| Dynamics - Yeccie |  |  |
| mgk → Dave Clap music |  |  |

NOTICE

Paperwork Reduction Act Notice: The information collected on this form is needed to carry out the Customs, Agriculture, and currency laws of the United States...

The estimated average burden associated with this collection of information is... Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to U.S. Customs Service, Paperwork Management Branch, Washington, DC 20229, and to the Office of Management and Budget.

I asked how long was he going to be in the US? Where was he staying? Who lives at that residence? How much cash was he carrying? What was the purpose of his trip? When was his last trip? What does he do for a living? Who does he work for?

Mr. Stewart said he was here for a week. He had $500. He was here to purchase a starter for a '95 Honda "Rafalgo?" and his friend was going to take him around. His last trip was three weeks ago. He is a self employed artist. I asked what kind of an artist? A musician who sings Reggae. I asked for a business card or any promotion items he may have. He told me that he didn't have any with him since he wasn't here to promote his work. I then asked how he promoted himself? Mr. Stewart replied that he has a manager named Dave Clap who arranged everything for him. I asked for a phone number for Dave and how long had he known Dave to verify. Passenger gave me a phone number and told me that he had been with Dave for 6 years.

Before inspecting Mr. Stewart's luggage, I asked if he packed his bags himself, which he replied that he had. I also asked if he had any food or perishables, he had none. Any checks or travelers checks? He stated the he had $500 cash which he had told me previously.

Baggage exam was negative. I proceeded to verify his information.

I called Senior Special Agent R. Catterton regarding the look out on Mr. Stewart. Agent Catterton advised me that Stewart was suspected of being a "Shotgun" for narcotics couriers.

I also called sector to place a call to Kingston to contact his manager Dave. The number given was not in service. I came back and I asked the passenger how could he contacts his manager if the number is no good. What actually happens when he has someone is interested in him? He informed me that Dave knows where he lives, and he can always find him. I asked how do they actually promote his singing. A company called Dynamics recorded his music and they sell records. That is how he promotes his singing. I asked for another number. He didn't have one. Just one for home. I wrote them down, but I did not follow up on this.