UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

FILED by _____ D.C.
APPEAL
JUN 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

| | |
|---|---|
| UNITED STATES OF AMERICA, | . CASE NO. 00-6115-CR-WPD |
| PLAINTIFF, | . MIAMI, FLORIDA |
| | . MAY 22, 2000 |
| V. | . 11:00 A.M. |
| KIRK STEWART, | . |
| DEFENDANT. | . |

. . . . . . . . . . . . . . . .

PRETRIAL DETENTION HEARING HAD
BEFORE THE HONORABLE LURANA D. SNOW,
UNITED STATES MAGISTRATE JUDGE.

- - - - -
PAGES 1 THROUGH 16
- - - - -

APPEARANCES:

| | |
|---|---|
| FOR THE GOVERNMENT: | LYNN D. ROSENTHAL<br>ASSISTANT U.S. ATTORNEY<br>99 N.E. 4TH STREET<br>MIAMI, FLORIDA  33132 |
| FOR THE DEFENDANT: | JASON P. GREY, ESQ.<br>1571 N.W. 13TH COURT<br>MIAMI, FLORIDA  33125 |
| TRANSCRIPTIONIST: | FRANCINE C. SALOPEK, R.M.R.<br>OFFICIAL COURT REPORTER<br>UNITED STATES DISTRICT COURT<br>301 NORTH MIAMI AVENUE, ROOM 804<br>MIAMI, FLORIDA  33128-7709<br>(305)523-5568 |

- - - - -

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING, TRANSCRIPT PRODUCED BY COMPUTER.