cr-06115-WPD Document 28 Entered on FLSD Docket 06/08/2000

| | |
|---|---|
| DEFT: Kirk Stewart (no deft) | CASE NO: 00-6115-CR-Dimitrouleas |
| AUSA: Lynn Rosenthal / Roger Stefin | ATTNY: ~~Jason Grey~~ Akhtar Hussain |
| AGENT: | VIOL: present |
| PROCEEDING: Status Conference | BOND REC: |
| BOND HEARING HELD - yes/no | COUNSEL APPOINTED: |

FILED by ___ D.C.
JUN 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

___ BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Discovery out

no motion

2 day trial - time ?

1 - not ready

1 - needs copy of a passport to complete discovery

1 - ready

NEXT COURT APPEARANCE: DATE: TIME: JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 6-7-00   TIME: 11:00am   TAPE # 00-046   PG # 1
           11:30a    2306-2360