UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6115-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

KIRK STEWART,

Defendant.

_____/

## STATUS REPORT

A status conference was held in this cause on June 7, 2000  At that conference, the parties informed the Court as follows:

1.     The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending.    The Government further represented that it is ready to proceed and that this matter will require two days to try.

2.     Defense counsel stated that he is awaiting copies of a co-defendant's passport, which the Government stated that it will provide.  In all other respects, the defense is ready for trial.

DATED at Fort Lauderdale, Florida this ____ day of June 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Lynn Rosenthal, Esquire
Assistant United States Attorney

Akhtar Hussain, Esquire
Hussain & Associates
2465 NW7th Street
Miami, Florida 33125-3150
Attorney for Defendant