**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-6115-CR-DIMITROUULEAS**

UNITED STATES OF AMERICA,
   PLAINTIFF,

vs.
                                   **JUDGE: BARRY S. SELTZER**

KIRK STEWART
   DEFENDANT,

_____/

## NOTICE OF UNAVAILABILITY

The undersigned Counsel, **AKHTAR HUSSAIN**, hereby gives all parties notice of unavailability from the jurisdiction from **WEDNESDAY, JULY 12, 2000 THRU MONDAY, JULY 31, 2000**, and respectfully requests that no hearings or depositions be scheduled during this time, no motions, notices to produce, interrogatories or pleadings be filed which require a timely response during this time, and that all pending matters remain in status quo during this period of time, except for legitimate emergencies.

The filing of this notice shall constitute an application and request for continuance, extension of time and/or for protective order as appropriately required for the above reason.

Respectfully Submitted

**HUSSAIN & ASSOCIATES, P.A.**
**2465 N.W 7TH STREET**
**MIAMI, FLORIDA 33125**
**(305) 541-2200**

BY:_____
**AKHTAR HUSSAIN, ESQUIRE**
FLORIDA BAR NO.: 298123
ATTORNEY FOR DEFENDANT

NON-COMPLIANCE OF S.D. Fla. L.R. 11.(a)FRCP
HUSSAIN & ASSOCIATES, P.A. 2465 NW. 7TH STREET MIAMI, FL. 33125 (305) 541-2200

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing, "Notice of Unavailability" was furnished to **LYNN ROSENTHAL, ESQUIRE Assistant United States Attorney** at **UNITED STATES ATTORNEY'S OFFICE, 500 E. BROWARD BLVD.** in, **FT. LAUDERDALE, FL 33394** on this **8TH** day of **JUNE**, 20**00**.

BY: _____
**AKHTAR HUSSAIN, ESQUIRE**
**FLORIDA BAR NO.: 298123**
**ATTORNEY FOR DEFENDANT**