UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6115-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| KIRK STEWART, | ) |
| | ) |
| Defendant | ) |

## NOTICE REGARDING COUNSEL FOR THE UNITED STATES OF AMERICA

Please take notice that Robin S. Rosenbaum, the Assistant United States Attorney assigned to try the above-captioned case, is married to one of the law clerks to the Honorable William Dimitrouleas. The United States understands that Ms. Rosenbaum's husband takes no role in and is entirely removed from any involvement in any case to which Ms. Rosenbaum is assigned. Because Ms. Rosenbaum's husband is isolated from the cases on which she works, including the instant case, the United States is aware of no basis to seek recusal of Judge Dimitrouleas or for Ms. Rosenbaum to withdraw as counsel for the United States. See Hunt v. American Bank & Trust Co. of Baton Rouge, 783 F.2d 1011 (11th Cir. 1986), O'Bannon v. Union Pacific Railroad Co., 169 F.3d 1088 (8th Cir. 1999); O'Halloran v. Ryan, 835 F.2d 506 (3d Cir. 1987); In re San Juan Dupont Plaza Hotel Fire Litigation, 129 F.R.D. 409 (D. P.R. 1989); United States v. Jackson, 209 F.3d 1103, 1110 n.4 (9th



Cir. 2000), see also Guide to Judiciary Policies and Procedures, Codes of Conduct for Judges and Judicial Employees, Committee on Codes of Conduct, Advisory Opinions No. 51 and 74.

                Respectfully submitted,

                GUY A. LEWIS
                UNITED STATES ATTORNEY

By   *(signature)*
      ROBIN S. ROSENBAUM
      ASSISTANT U.S. ATTORNEY
      Florida Bar No. 908223
      500 E. Broward Blvd., Suite 700
      Fort Lauderdale, Florida 33394
      Tel: (954) 356-7255 ext. 3595
      Fax: (954) 356-7336

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this notice was sent this 20th day of June, 2000, by facsimile and United States mail, first class, to Akhtar Hussain, 2465 N.W. 7th Street, Miami, Florida 33125.

                      *(signature)*
                      Robin S. Rosenbaum
                      Assistant U.S. Attorney