**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6115-CR-WPD   DATE: June 23, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Krik Stewart

U.S. ATTORNEY: Robin Rosenbaum   DEFT. COUNSEL: Akhtar Hussain

REASON FOR HEARING: Calendar Call / Status Conf.

RESULT OF HEARING: Deft ready for trial. Gnvr m/continue is denied.

Jury Selection to begin on Monday.

JUDGMENT: _____

CASE CONTINUED TO: 6/26/00   TIME: 10:00   FOR: trial & jury selection

MISC: _____