## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6115-CR-WPD    DATE: June 26, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Kirk Stewart

U.S. ATTORNEY: Robin Rosenbaum    DEFT. COUNSEL: Akhtar Hussain

REASON FOR HEARING: Jury Selection & Trial Day 1

RESULT OF HEARING: Jury voir dire. Defendant's motion to substitute his counsel is Denied. Motion to Continue is Denied. Jury Selected & Sworn.

JUDGMENT: _____

CASE CONTINUED TO: 6/27/00    TIME: 9:00    FOR: Day 2

MISC: _____