UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6115-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| KIRK STEWART, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**NIGHT BOX**
**FILED - --**

JUN 2 6 2000

.-NCE MADDOX
CLERK, USDC / SDFL / FTL

## GOVERNMENT'S EXPERT WITNESS NOTICE

The United States of America, by and through undersigned counsel, hereby gives notice of its intent to call Christopher Derks, DEA Forensic Chemist, to testify that he tested the cocaine seized in connection with this case using gas chromatography mass spectrometry and Fourier transform infrared spectroscopy. As a result of performing these tests on the sample, Mr. Derks made the findings stated in the lab report previously provided to defense counsel. Attached to this Notice is



a copy of Mr. Derks's curriculum vitae.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
ROBIN S. ROSENBAUM
ASSISTANT U.S. ATTORNEY
Florida Bar No. 908223
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255 ext. 3595
Fax: (954) 356-7336

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this notice was sent this 26th day of June, 2000,

by facsimile to Akhtar Hussain, 2465 N.W. 7th Street, Miami, Florida 33125.

_____
Robin S. Rosenbaum
Assistant U.S. Attorney

## *Christopher S. Derks*

U.S. Drug Enforcement Administration
Southeast Regional Laboratory
Miami, Florida 33166
(305) 590-4830

*Education*

**M.F.S. Forensic Sciences**
George Washington University
Washington, D. C.
December, 1994

**B. A. Human Biology**
University of Kansas
Lawrence, KS
May, 1993

**Undergraduate Studies**
Tulane University
New Orleans, LA

*Professional Experience*

Sept. 1997- July 1999
January 2000- Present       DEA Forensic Chemist - Southeast Regional Laboratory - Miami, FL
                            Conduct the analysis of evidence submitted to the laboratory
                            and provide expert witness testimony in a court of law.

*Professional Training*

Sept. 1997-
May 1998        DEA Southeast Regional Laboratory - Miami, FL
                Intensive training program including microscopic
                analysis, microcrystalline analysis, screening techniques,
                separation techniques, chromatographic techniques, spectrographic
                interpretation, and drug chemistry.

May 2-22
1998            DEA Basic Forensic Chemist School - Leesburg, VA
                Training program detailing the duties of a forensic chemist,
                including Expert witness testimony.