**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6115-CR-WPD       DATE: June 27, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Kirk Stewart

U.S. ATTORNEY: Robin Rosenbaum       DEFT. COUNSEL: Akivan Hassain

REASON FOR HEARING: Jury trial Day 2

RESULT OF HEARING: Opening statements (govt) Jury Dismissed for the day. The Court appoints Dr. John Spencer to conduct a psychological exam of the deft to determine his competency to stand trial. Court finds Dr. Spencer to be an expert in forensic psychology. Court declares deft

JUDGMENT: to be competent based on Dr. Spencer's oral report.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: Deft wishes to enter guilty plea.