**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6115-CR-WPD    DATE: June 27, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Kirk Stewart

U.S. ATTORNEY: Robin Rosenbaum    DEFT. COUNSEL: Akhtar Hussain

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to plead guilty to all counts of Indictment. Court accepts guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 9/8/00    TIME: 11:30    FOR: Sentencing

MISC: No plea agreement