UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KIRK STEWART,

Defendant.

_____/

CASE NO. 00-6115-CR-DIMITROULEAS

## **O R D E R**

THIS CAUSE having been heard upon the Court's own motion[1], the Court hereby appoints Dr. John Spencer to evaluate the Defendant's competency to stand trial and determine whether the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. 18 U.S.C. 4247. The Defendant is declared indigent for the purposes of this appointment only.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of June, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Akhtar Hussain, Esquire
2465 N.W. 7th Street
Miami, FL 33125

Robin Rosenbaum, AUSA

Dr. John Spencer
4801 S. University Drive
Davie, FL

---

[1] See, U.S. v. Lessett, 162 F. 3d 237, 242 (3d Cir. 1998)

