UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 00-6115-CR-DIMITROULEAS

    Plaintiff.

vs.

KIRK STEWART.

    Defendant.

_____/

## ORDER

THIS CAUSE having been heard upon the Court's own motion[1], and the Court having

appointed Dr. John Spencer to evaluate the Defendant's competency to stand trial and determine

whether the Defendant is suffering from a mental disease or defect rendering him mentally

incompetent to the extent that he is unable to understand the nature and consequences of the

proceedings against him or to assist properly in his defense. 18 U.S.C. 4247 and the Court having

received testimony from Dr. Spencer at an evidentiary hearing held on June 27, 2000, the Court

declares the Defendant competent to stand trial.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida. this

, _____ day of June, 2000.

                                          WILLIAM P. DIMITROULEAS
                                          United States District Judge

_____

[1]See, U.S. v. Lessett, 162 F. 3d 237, 242 (3d Cir. 1998)



Copies furnished to:

Akhtar Hussain, Esquire
2465 N.W. 7th Street
Miami, FL 33125

Robin Rosenbaum, AUSA