## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 00-6115-CR-DIMITROUULEAS** |
| **PLAINTIFF,** | **JUDGE: WILLIAM P. DIMITROULEAS** |

Vs.

**KIRK STEWART**
        **DEFENDANT,**
_____/

## MOTION FOR CONTINUANCE

**COMES NOW, AKHTAR HUSSAIN, ESQUIRE**, undersigned Counsel for the Defendant, **KIRK STEWART**, and requests this "Motion For Continuance" and as for grounds, states the following:

1. The undersigned Counsel is scheduled to appear for a Sentencing Hearing in the above-mentioned matter on September 8, 2000 at 11:00 a.m.
2. The undersigned Counsel has a schedule conflict and will not be able to be present for said Hearing at said time; but will be available in the afternoon.
3. The undersigned Counsel has some medical testing scheduled for September 8, 2000 at 10:30 a.m., which needs to be completed before his required medical procedure.
4. The undersigned Counsel will be having kidney transplant surgery and will be out of the country from September 9, 2000 thru November 30, 2000.
5. Therefore, we request this Court to please re-schedule, this Hearing to the afternoon and sometime after 1:00 p.m. on September 8, 2000.



HUSSAIN & ASSOCIATES, P.A. 2465 NW. 7TH STREET MIAMI, FL. 33125 (305) 541-2200

PAGE 1 OF 2

6. This Motion for Continuance is filed in good faith. None of the Parties will be prejudiced by the Court's granting this Motion.

**WHEREFORE,** the undersigned respectfully requests that this Court grant this "Motion For Continuance" and re-schedule this Hearing to the afternoon and sometime after 1:00 p.m. on the day of the Hearing, of September 8, 2000.

Respectfully Submitted

**HUSSAIN & ASSOCIATES, P.A.
2465 N.W 7TH STREET
MIAMI, FLORIDA 33125
(305) 541-2200**

BY: _____

**AKHTAR HUSSAIN, ESQUIRE
FLORIDA BAR NO.: 298123
ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing, "Motion for Continuance" was furnished to the **UNITED STATES ATTORNEY'S OFFICE** at **500 EAST BROWARD BLVD., FT. LAUDERDALE, FLORIDA 33394** on this **23RD** day of **AUGUST, 2000**.

BY: _____

**AKHTAR HUSSAIN, ESQUIRE
FLORIDA BAR NO.: 298123
ATTORNEY FOR DEFENDANT**