**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br><br>Vs.<br><br>KIRK STEWART<br>DEFENDANT,<br>_____/ | CASE NO. 00-6115-CR-DIMITROUULEAS<br>JUDGE: WILLIAM P. DIMITROULEAS<br><br>FILED by _____ D.C.<br>AUG 28 2000<br>CLARENCE MADDOX<br>CLERK U.S. DIST. CT.<br>S.D. OF FLA. FT. LAUD. |

**ORDER**

THIS CAUSE having come to be considered upon the **MOTION FOR CONTINUANCE**, and the Court being otherwise advised upon the premises, it is hereupon

**ORDERED AND ADJUDGED**:

☒ **THAT SAID MOTION BE, AND THE SAME IS HEREBY GRANTED.**
Sentencing Hearing has been reset for September 8, 2000 at 2:30 P.M.

☐ **THAT SAID MOTION BE, AND THE SAME IS HEREBY DENIED.**

**ORDERED** in Chambers on this 28 day of August, 20 00.

_____
**JUDGE WILLIAM P. DIMITROULEAS**
**UNITED STATES DISTRICT COURT JUDGE**

CC:  AKHTAR HUSSAIN, ESQUIRE
     ATTORNEY FOR DEFENDANT
     2465 NW 7TH STREET
     MIAMI, FLORIDA 33125

     ROBIN ROSENBAUM, ESQUIRE
     ASSISTANT US ATTORNEY
     500 E. BROWARD BLVD. #700
     FT. LAUDERDALE, FL. 33394

U.S. P.O.

PAGE 1 OF 1