**CRIMINAL MINUTES**

FILED by _____ D.C.
SEP 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6115-CR-WPD    DATE: September 8, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Kirk Stewart

U.S. ATTORNEY: Robin Rosenbaum    DEFT. COUNSEL: Akhtar Hussain

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:

— Sentence did not go forward
Deft wants another attorney. Court grants
deft motion to withdraw and appoints
John Howes, Esq.

CASE CONTINUED TO: 9/28/00    TIME: 1:00    FOR: Sentencing
MISC: _____