# APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. JURISDICTION | 2. MAG. DOCKET NO. | 3. DIST. CT. DOCKET NO. | VOUCHER NO. |
|---|---|---|---|
| ☒ DIST | | 00-6115-CR-WPD | 0859238 |

| 4. APPEALS DOCKET NO | 5. FOR (DISTRICT/CIRCUIT) | 6. LOC. CODE | 7. CHARGE/OFFENSE | 7A. CASE CODE |
|---|---|---|---|---|
| | SD/FL | FLSFL | 21 USC 963, 952. | 67 |

| 8. IN THE CASE OF | 9. PERSON REPRESENTED (FULL NAME) | 9A. NO. REPRES |
|---|---|---|
| USA vs STEWART | KIRK STEWART | |

**10. PERSON REPRESENTED (STATUS)**
☒ 1 DEFENDANT—ADULT

**11. PROCEEDINGS (Describe briefly)**
Sentencing, Post-Trial, etc.

**12. PAYMENT CATEGORY**
☒ A FELONY

**13. COURT ORDER**
☒ R Subs. for Retained Atty.

**14. FULL NAME OF ATTORNEY/PAYEE**
John Howes, Esq.
633 SE Third Avenue, #4-F
Ft. Lauderdale, FL 33301

**15. WORK PHONE:** 763-6003

**16A.** ☒ No

CLAIM FOR SERVICES OR EXPENSES

FILED by _____ D.C.
SEP 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| SERVICE | HOURS | DATES | |
|---|---|---|---|
| 17. IN COURT | | | |
| a. Arraignment and/or Plea | | | |
| b. Bail and Detention Hearings | | | |
| c. Motions Hearings | | | |
| d. Trial | | | |
| e. Sentence Hearings | | | |
| f. Revocation Hearings | | | |
| g. Appeals Court | | | |
| h. Other | | | |
| (Rate per hour = 70.00) TOTAL HOURS = | | | $ |
| 18. OUT OF COURT | | | |
| a. Interviews and conferences | | | |
| b. Obtaining and reviewing records | | | |
| c. Legal research and brief writing | | | |
| d. Travel time | | | |
| e. Investigative and other work | | | |
| (Rate per hour = $50.00) TOTAL HOURS = | | | $ |
| 19. TRAVEL, LODGING, MEALS ETC. | AMOUNT | OTHER EXPENSES | AMOUNT |

COPY 4 - FILED IN COURT'S CASE FILE AFTER CLERK ENTERS APPOINTMENT DATA