UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6115-CR-DIMITROULEAS

    Plaintiff,

vs.

KIRK STEWART,

    Defendant.
_____/

FILED by ___ D.C.
SEP 1 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard upon Defense counsel's <u>ore tenus</u> September 8, 2000 Motion to Withdraw, said motion is GRANTED. John Howes is appointed to represent the Defendant. Sentencing is reset for <u>Thursday, September 28, 2000 at 1:00 P.M.</u>

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Akhtar Hussain, Esquire
2465 N.W. 7th Street
Miami, FL 33125

John Howes, Esquire
633 S.E. Third Avenue, #4-F
Ft. Lauderdale, FL 33301

Robin Rosenbaum, AUSA

