IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,   CASE NO:00-6115-CR-DIMITROULEAS

    Plaintiff,

vs.

KIRK STEWART,

    Defendant.
_____\

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE COURT:

YOU WILL PLEASE ENTER THE APPEARANCE of the undersigned as COURT APPOINTED Counsel of Record on behalf of the Defendant, KIRK STEWART, in the above-entitled cause.

DATED:   this 19th day of SEPTEMBER, 2000.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy hereof was furnished by MAIL DELIVERY, to ASSISTANT U.S. ATTORNEY ROBIN S. ROSENBAUM, 500 East Broward Blvd., 7th Floor, Fort Lauderdale, FL 33394, this _____ day of SEPTEMBER, 2000.

**JOHN R. HOWES**
JOHN R. HOWES, P.A.
Counsel for Defendant
633 S.E. 3rd Ave., Suite 4F
Ft. Lauderdale, Fl. 33301
Telephone: (954) 763-6003
Fax No: (954) 462-2255
Fla. Bar No: 219193