UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

KIRK STEWART,
    DEFENDANT

  V.

CASE NO. 00-6115-CR-DIMITROULEAS

UNITED STATES OF AMERICA,
    PLAINTIFF
_____/



## MOTION TO OBJECT TO P.S.I.

    COMES NOW THE DEFENDANT KIRK STEWART PRO SE, MOVES THIS HONORABLE COURT FORWARD PURSUANT TO (FED. R. CRIM.P.,R.12(B) - 1999), TO OBJECT TO P.S.I. REPORT THATS BEEN ERRONEOUSLY IMPOSED;

### ALLEGED FACTS:

1). THE DEFENDANT CONTEST AGAINST THE ADDED 2 POINTS FOR THE ADJUSTMENT ROLE IN THE CHARGING OFFENSE. THIS IS AN ERROR THAT THE P.S.I. OFFICER HAVE FAILED TO INQUIRE ABOUT AT THE MEETING.

2). DURING THE P.S.I. MEETING THE OFFICER ASKED THE DEFENDANT CERTAIN QUESTIONS EXTRINSICAL FROM WHAT SHOULD HAVE BEEN MENTIONED. THE DEFENDANT NEVER WERE RELUCTANT FROM GIVEN VITAL INFORMATION IN ORDER TO RECEIVE THE 3 POINTS LEVEL OF ACCEPTING RESPONSIBILITY.

3). ITS AN IPSO FACTO CIRCUMSTANCE THAT THE P.S.I. OFFICER WAS AN ALTERNATE PERSON THAT WERE UNKNOWLEDGEABLE OF THE DEFENDANT CASE. IN TACT THE DEFENDANT HAVEN'T RECEIVED THE SAFETY VALVE THAT SHOULD HAVE BEEN CONSIDERED IN THE PLEA.

4). ON THE P.S.I. INFORMATION FORMS ITS VERIFIED TO HAVE BEEN SENT TO THE DEFENDANT ON AUGUST 3, 2000. ON SEPTEMBER 8, 2000 THERE WAS A COURT HEARING FOR THE DEFENDANT, FOR WHICH THERE WAS A CONFLICT OF INTEREST WITH HIS PRIVATE ATTORNEY THAT HAVE DECLARED THE DEFENDANT INDIGENT. THE COURT HAS APPOINTED THE DEFENDANT TO ANOTHER ATTORNEY SPICIFICALLY ON SEPTEMBER 8, 2000. THE DUE DATE TO OBJECT TO ANY ERRORS OF THE P.S.I. WAS FOR August 18, 2000. THE NEW ATTORNEY HAS FAILED TO OBJECT TO THREE INCORRIGIBLE IMPOSEMENTS THATS PREJUDICIAL TO THE DEFENDANT.

NON-COMPLIANCE OF S.D. fla. L.R. S./A./
(1)

**CONCLUSION:**

THE DEFENDANT IS PRESENTING FACTS TO THE VARIATIONS THATS BEEN CURRENTLY IN PROCESS BEFORE THE OFFICIAL SENTENCING. HOWEVER, ON THE CONTENTS OF PROPER FORUM ,THE DEFENDANT IS REQUESTING FOR A SUBSEQUENT HEARING BASED UPON THE FOREGOING ALLEGED REASONS THATS CONSIDERED TO BE VITAL AND OF GREAT AFFECT TOWARDS THE DEFENDANT. THE CONFLICT OF INTEREST WITH THE PAST ATTORNEY HAVE IMPEDED THE IMPORTANCIES OF THE DEFENDANT CASE.

WHEREFORE, FOR ALL THE FOREGOING REASONS THE DEFENDANT PRAYS THAT THIS HONORABLE COURT DEEMS NECESSARY TO SET A COURT HEARING TO REBUTTAL THE DEFECTS THAT HAS CAUSE AN INEXTRICABLE SITUATION TOWARDS THE DEFENDANT SENTENCING...

*Kirk Stewart*

RESPECTFULLY SUBMITTED,
KIRK STEWART #60645-004  11-WEST
FEDERAL DETENTION CENTER
P.O. BOX 019120
MIAMI, FLORIDA 33101-9120
            PRO SE,


**CERTIFICATE OF SERVICE**

I HEREBY SWEAR THAT THIS IS A TRUE AND CORRECT COPY OF THE FOREGOING MOTION TO OBJECT TO P.S.I. PURSUANT TO ( FED. R. CRIM.P.,R.12(B) HAS BEEN FURNISHED TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA 301 N. MIAMI AVENUE, MIAMI, FLORIDA 33128-7788 BY THE U.S. MAIL...

*Kirk Stewart*

RESPECTFULLY SUBMITTED,
KIRK STEWART #60645-004  11-WEST
FEDERAL DETENTION CENTER
P.O. BOX 019120
MIAMI, FLORIDA 33101-9120
            PRO SE,