FILED by _____ D.C.
SEP 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00 - 6115-CR-WPD   DATE: September 28, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: Dedra   INTERPRETER: _____

UNITED STATES OF AMERICA  VS. Kirk Stewart

U.S. ATTORNEY: Robin Rosenbaum   DEFT. COUNSEL: Oda Horner

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
97 months BOP, 4 years Supervised
Release, no Fine, $400.00 assessment.

All 4 counts to Run Concurrent.

JUDGMENT: _____

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: W-1 Eddy Errito Cruz, Customs Agent
W-2 Kirk Stewart
Deft Informed of Right to Appeal.

**U.S. Department of Justice**
**Drug Enforcement Administration**

## REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|
| ☐ Purchase ☒ Seizure ☐ Free Sample ☐ Lab. Seizure ☐ Money Flashed ☐ Compliance Sample (Non-Criminal) ☐ Internal Body Carry ☐ Other (Specify) | | FL13CR00FL0067 | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Ft. Lauderdale, Fl. | 05/04/00 | Customs Title 21 Investigation |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| US Customs Service | ☐ Case No. OR ☒ Seizure No. 2000sa000691501 | 051200 | USCS/RAIC-FL/III |

| 9. Exhibit No. | 10. FDIN (8 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 1-2 | 20008669? | Cocaine | 1 pair of shoes | 2.88lbs | 1.3 Grs | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG? ☐ NO (included above) ☐ YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:
On May 4, 2000, Inspectors at Ft. Lauderdale Int'l Airport seized exh.# 1 from Michele BLACKWOOD subsequent to her arrival onboard Air Jamaica Flt# 87. Exhibit 1 was turned over to Special Agent Heriberto Cruz via Chain of Custody and was subsequently transported to the USCS Evidence Warehouse by S/A Cruz and S/A Richard Jolles.

TAKE PHOTOGRAPHS

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature/Title) |
|---|---|
| Heriberto Cruz | James MacDonald, G/S |

### LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 1 HSEE | Heriberto Cruz 5/12/00 | HERIBERTO CRUZ SPECIAL AGENT |
| 22. SEAL ☐ Broken ☐ Unbroken | 23. RECEIVED BY (Signature & Date) 5-12-2000 | 24. Print or Type NAME and TITLE E___ Tech |

### LABORATORY REPORT

25. ANALYSIS SUMMARY AND REMARKS

'13240

Exhibit 1-2 contains cocaine HCl.
Gross Wt: 1307g.      Net Wt: 711.8g

**GOVERNMENT EXHIBIT**
1
00-6115-CR-WD

emp 5/19/00

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 1-2 | 13240 | cocaine HCl | 70 | % | | 498.3g | 709.8g |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| Christopher Derks 5/24/2000 | Forensic Chemist | 5/18/00 |
| 37. APPROVED BY (Signature & Date) 5/2_/__ | 38. TITLE Acting Laboratory Director | 39. LAB. LOCATION Miami, FL |

DEA Form - 7 (Sept. 1995)   Previous edition dated 4/90 may be used until stock is exhausted.

1 - Prosecution
38

**WELCOME TO THE UNITED STATES**

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

FORM APPROVED
OMB NO. 1515-0041

## CUSTOMS DECLARATION

19 CFR 122.27, 148.12, 148.13, 148.110, 148.111

Each arriving traveler or responsible family member must provide the following information (only ONE written declaration per family is required):

1. Family Name: **LINTON**
2. First (Given) Name: **Shawn**
3. Middle Initial(s): **N**
4. Birth Date (day/mo/yr): **9 | 8 | 78**
5. Airline/Flight No. or Vessel Name or Vehicle License No.: **SA 320**
6. Number of Family Members Traveling With You: **NO**
7. (a) Country of Citizenship: **USA**
7. (b) Country of Residence: **USA**
8. (a) U.S. Address (Street Number/Hotel/Mailing Address in U.S.): **6724 PANSY LR**
8. (b) U.S. Address (City): **MIRAMAR**
8. (c) U.S. Address (State): **FL**
9. Countries visited on this trip prior to U.S. arrival: **A/C**

10. The purpose of my (our) trip is or was: ☐ Business  ☑ Personal
11. I am (We are) bringing fruits, plants, meats, food, soil, birds, snails, other live animals, wildlife products, farm products; or, have been on a farm or ranch outside the U.S.: ☐ Yes  ☑ No
12. I am (We are) carrying currency or monetary instruments over $10,000 U.S., or foreign equivalent: ☐ Yes  ☑ No
13. I have (We have) commercial merchandise, U.S. or foreign: ☐ Yes  ☑ No
14. The total value of all goods, including commercial merchandise, I/we purchased or acquired abroad and am/are bringing to the U.S. is: $ _____ (U.S. Dollars)

**SIGN BELOW AFTER YOU READ NOTICE ON REVERSE**

I have read the notice on the reverse and have made a truthful declaration.

X  **S. Linton**      U.S. IMMIGRATION  PEV #113

INSPECTOR'S BADGE NUMBER | STAMP AREA

ADMITTED UNTIL _____
TIME COMPLETED

Customs Form 6059B

GOVERNMENT EXHIBIT
2
00-6115-CR-WD

| APHIS/FWS USE ONLY | WELCOME TO THE UNITED STATES | CUSTOMS USE ONLY |

**DEPARTMENT OF THE TREASURY**
**UNITED STATES CUSTOMS SERVICE**
FORM APPROVED
OMB NO. 1515-0041

## CUSTOMS DECLARATION

19 CFR 122.27, 148.12, 148.13, 148.110, 148.111

Each arriving traveler or responsible family member (must provide) the following information (only ONE written declaration per family is required):

1. Family Name: KIRK STEWART
2. First (Given) Name: KIRK
3. Middle Initial(s): ADMITTED
4. Birth Date (day/mo/yr): 9/5/69
5. Airline/Flight No. or Vessel Name or Vehicle License No.: AA320
6. Number of Family Members Traveling With You: NO
7. (a) Country of Citizenship: JAMAICA
7. (b) Country of Residence: JAMAICA
8. (a) U.S. Address (Street Number/Hotel/Mailing Address in U.S.): 2165 NORTH WEST
8. (b) U.S. Address (City): 48TH FL
8. (c) U.S. Address (State): STREET
9. Countries visited on this trip prior to U.S. arrival:

a. US IMMIGRATION 068 DEV #113

c.
d. MAY 9 1999

10. The purpose of my (our) trip is or was: (Check one or both boxes, if applicable) — Business / Personal

11. I am (We are) bringing fruits, plants, meats, food, soil, birds, snails, other live animals, wildlife products, farm products, or, have been on a farm or ranch outside the U.S.: Yes / No

12. I am (We are) carrying currency or monetary instruments over $10,000 U.S. or foreign equivalent: Yes / No

13. I have (We have) commercial merchandise, U.S. or foreign. (Check one box only): Yes / No

14. The total value of all goods, including commercial merchandise, I/we purchased or acquired abroad and I/we am/are bringing to the U.S. is _____ $ _____ (U.S. Dollars)

(See the instructions on the back of this form under "MERCHANDISE" and use the space provided there to list all the items you must declare. If you have nothing to declare, write "-0-" in the space provided above.)

068 DEV #113

**SIGN BELOW AFTER YOU READ NOTICE ON REVERSE**

I have read the notice on the reverse and have made a truthful declaration.

X   K STEWART

Signature ___ Date (day/month/year)

U.S. Customs use only — Do not write below this line — U.S. Customs use only

INSPECTOR'S BADGE NUMBER | STAMP AREA

TIME COMPLETED

Customs Form 6059B (101695)



GOVERNMENT EXHIBIT
3
00-6115-CR-WD