# United States District Court

**DISTRICT OF** Florida — Southern

USA v. Kirk Stewart

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6115-CR-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | Robert Rosenbaum | Jill Howes |
| TRIAL DATE(S) 9/28/00 - Sentencing | COURT REPORTER Bob Ryckoff | COURTROOM DEPUTY Fred Carlton |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | W-1 Agent Eddy Cruz |
| 1 | | | ✓ | ✓ | PSI Report |
| 2 | | | ✓ | ✓ | Customs Declaration for Shaun Linton |
| 3 | | | ✓ | ✓ | Customs Declaration for Kirk Stewart |
| | | | | | W-2 Kirk Stewart |
| | | | | | Exhibits attached to minute sheets |

FILED by _____ D.C.
SEP 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ___ Pages