IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 00-6115-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KIRK STEWART,

    Defendant.
_____\

## MOTION TO DECLARE DEFENDANT INDIGENT FOR PURPOSES OF APPEAL

COMES NOW the Defendant, KIRK STEWART, by and through his undersigned counsel, and respectfully requests this Honorable Court enter an Order declaring the Defendant indigent for purposes of appeal and as grounds therefore would state unto this Court the following:

1) That the Defendant, KIRK STEWART, was sentenced before this Court on **SEPTEMBER 28, 2000.**

2) That on SEPTEMBER 28, 2000, a Notice of Appeal was filed on behalf of the Defendant/Appellant, KIRK STEWART.

3) That the Defendant is presently incarcerated.

4) That the Defendant's family is of modest means and does not have the funds necessary to obtain private counsel to handle said appeal.



5)     That the Defendant will be unable to obtain the necessary funds to enable him to purchase the transcript and Record on Appeal.

6)     The Defendant requests that a Federal Public Defender be appointed to represent him through his appeal process.

WHEREFORE, the Defendant, KIRK STEWART, respectfully requests this Honorable Court to declare the Defendant indigent for purposes of Appeal and that a Federal Public Defender be appointed to represent Defendant through his appeal process.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to: ROBIN ROSENBAUM, Assistant U.S. Attorney, 500 East Broward Blvd., Suite #700, Fort Lauderdale, FL 33394, on this 28th day of SEPTEMBER, 2000.

Respectfully submitted,

JOHN R. HOWES, ESQ.
JOHN R. HOWES, P.A.
Counsel for Defendant
633 Southeast Third Avenue, Suite 4-F
Ft. Lauderdale, FL 33301
Telephone:  (954) 763-6003
FAX NO:     (954) 462-2255
Fla. Bar No: 219193

c:\wp60\indigent.apl