IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 00-6115-CF-DIMITROULEAS

UNITED STATES ~~STATE OF FLORIDA~~,

    Plaintiff,

vs.

KIRK STEWART,

    Defendant.
_____\

FILED by _____ D.C.
SEP 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER DECLARING DEFENDANT INDIGENT
### FOR PURPOSES OF APPEAL

THIS CAUSE coming on to be heard before this Court, based upon the Motion of Defendant, KIRK STEWART, declaring him indigent for purposes of appeal in this cause, and since he has been previously declared indigent, all parties having received due notice, and the Court being otherwise fully advised in the above cause, it is hereby

ORDERED AND ADJUDGED that the Defendant is hereby declared indigent for purposes of appeal and his Motion is _Granted_.

DONE AND ORDERED in FORT LAUDERDALE, BROWARD County, Florida this 28 day of September, 2000.

WILLIAM DIMITROULEAS
UNITED STATES DISTRICT JUDGE

COPIES FURNISHED TO:
John R. Howes, Esq.
Robin Rosenbaum, Esq.
Federal Public Defender's Office, Fort Lauderdale