FILING FEE
PAID
In Forma Pauperis
Clarence Maddox, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 00-6115-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

KIRK STEWART,

   Defendant.
==================/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant/Appellant, KIRK STEWART, appeals to the United States District Court, Eleventh Circuit, the Judgment and Sentence imposed in this cause on September 28th, 2000 by United States District Judge WILLIAM DIMITROULEAS.

JOHN R. HOWES, ESQ.
JOHN R. HOWES, P.A.
633 Southeast Third Avenue, 4-F
Fort Lauderdale, FL 33301
Telephone: (954) 763-6003
Fax:    (954) 462-2255
Fla. Bar No:219193

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by MAIL DELIVERY to Assistant U.S. Attorney, ROBIN ROSENBAUM, 500 East Broward Blvd., Suite #700, Fort Lauderdale, FL 33394, this 28th day of SEPTEMBER, 2000.

JOHN R. HOWES, ESQ.

c:\wpdocs\noa.fed