UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

OCT 0 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD

UNITED STATES OF AMERICA

v

Case No : 00-6115-CR-Dimitrouleas

KIRK STEWART              /

### ORDER APPOINTING APPEAL COUNSEL

This cause came before the Court on a Motion to Appoint Counsel on Appeal. On September 28, 2000 this Court entered an Order granting said motion. The defendant in the above case has been found indigent for appointment of counsel for appeal purposes, therefore it is

ORDERED AND ADJUDGED that the following counsel is hereby appointed:

> John R. Howes, Esq.
> 633 SE Third Avenue #4-F
> Ft. Lauderdale, FL   33301
> Telephone: 954/763-6003

DONE AND ORDERED at Fort Lauderdale, Florida this 4 day of October, 2000.

Nunc pro tunc 9-28-2000.

WILLIAM DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: John R. Howes, Esq.
    Court of Appeals
    AUSA Robin Rosenbaum, Esq.

