FILED by _____ D.C.
NOV 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 00-6115-CR-WPD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| KIRK STEWART, | ) | |
| | ) | Fort Lauderdale, Florida |
| Defendant. | ) | June 27, 2000 |
| | ) | 1:03 p.m. |

TRANSCRIPT OF PLEA OF GUILTY

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff        ROBIN S. ROSENBAUM, ESQ.
                         Assistant U.S. Attorney
                         500 E. Broward Boulevard
                         Suite 700
                         Fort Lauderdale, Florida 33394

For the Defendant        AKHTAR HUSSAIN, ESQ.
                         2465 N.W. 7th Street
                         Miami, Florida  33125

Reporter                 ROBERT A. RYCKOFF
                         Official Court Reporter
                         299 East Broward Boulevard
                         Fort Lauderdale, Florida  33301
                         954-769-5657

VOLUME:
Pages 1-32

# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**