FILED by ___ D.C.
NOV 2 2 2000
CLARENCE MADDOX
CLK U.S. DIST. CT.
S.D. FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 00-6115-CR-WPD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| KIRK STEWART, | ) | |
| | ) | Fort Lauderdale, Florida |
| Defendant. | ) | September 28, 2000 |
| | ) | 1:05 p.m. |

TRANSCRIPT OF SENTENCE

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff        ROBIN ROSENBAUM, ESQ.
                         Assistant U.S. Attorney


For the Defendant        JOHN HOWES, ESQ.



Reporter                 ROBERT A. RYCKOFF
                         Official Court Reporter
                         299 East Broward Boulevard
                         Fort Lauderdale, Florida  33301
                         954-769-5657

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE