| CJA 24 (REV. 7/95) | AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT | | VOUCHER NO. FLST2000603 |
|---|---|---|---|
| 1. JURISDICTION | 1 ☐ MAG. JUDGE  2 ☒ DISTRICT  3 ☐ APPEALS  4 ☐ OTHER | 2. MAG. JUDGE DOCKET NO. | PAID BY MLC - 11/29/00 |
| 3. DISTRICT DOCKETING NO. 00-6115-CR-WPD | 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT) SD/FL | ACCTG. CLASS. NOS. |
| 6. IN THE CASE OF | U.S.A. VS. KIRK STEWART | | |
| 7. PERSON REPRESENTED KIRK STEWART | | 8. LOCATION/ORGANIZATION CODE FLSFL | DATE PAID 11/29/00 |

**9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)**
APPEAL

**10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)**
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).

CHANGE OF PLEA 6/27/00    SENTENCING- 9/28/00

**11. ATTORNEY'S STATEMENT**
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

SIGNATURE OF ATTORNEY: [signed]   DATE: 10/10/00
JOHN R. HOWES   (954) 763-6003
PRINTED NAME OF ATTORNEY   PHONE NUMBER
1 ☐ FPD   2 ☐ CDO   3 ☒ PANEL ATTORNEY
4 ☐ RETAINED ATTORNEY   5 ☐ PRO SE

**12. COURT ORDER**
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in item 11 is hereby granted.

SIGNATURE OF PRESIDING JUDICIAL OFFICER: [signed]  DATE: 10/19/00

**13. SPECIAL AUTHORIZATIONS** | **14. JUDGE'S INITIALS**

A. Apportion ____ % of transcript with ____ | 14. A.

B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript | 14. B.

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions | 14. C.

D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under Criminal Justice Act. | 14. D.

**CLAIM FOR SERVICES**

| 15. COURT REPORTER/TRANSCRIBER STATUS | 18. PAYEE'S ADDRESS |
|---|---|
| ☒ Official  ☐ Contract  ☐ Transcriber  ☐ Other | 299 E. Broward Blvd. Ft. Lauderdale, Fl. 33301 |
| 16. FULL NAME OF PAYEE: Robert Ryckoff | |
| 17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE: 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 | 19. TELEPHONE NO. AREA CODE (954) NUMBER 769-5657 |

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | 1-36, 1-73 | 109 | $3.00 | $327.00 | $ | $327.00 |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (Itemize): DE# 62+63 filed 11/22/00 | | | | | | $ |

**21. CLAIMANT'S CERTIFICATION**
I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.
CLAIMANT'S CERTIFICATION: Robert Ryckoff   DATE: 11-22-00

**22. CERTIFICATION OF ATTORNEY OR CLERK**
I hereby certify that the transcript was received.
SIGNATURE OF ATTORNEY/CLERK OF COURT: [signed] Myra ___   DATE: 11/28/00

**23. TOTAL CLAIMED** $327.00

**24. APPROVED FOR PAYMENT**
SIGNATURE OF PRESIDING JUDICIAL OFFICER: [signed]   DATE: 11/22/00

**25. AMT. APPROVED** $327.00

ORIGINAL TO BE MAILED TO ADMINISTRATIVE OFFICE AFTER DISBURSEMENT