**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

**CLARENCE MADDOX**
Court Administrator/Clerk of Court

```
CLERK, U.S. COURT OF APPEALS          Date: December 7, 2000
Eleventh Judicial Circuit             USDC # 00-6115-CR-WPD
56 Forsyth Street                     USCA # 00-15228-D
Atlanta, Georgia   30303
```

IN RE: **USA v. Stewart**

=================================================================

### Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

      _1_ Volume of Pleadings
      _3_ Volumes of Transcripts

    _X_ Exhibits:

      _1_ PSI (sealed)

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
                Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
Signature

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

```
                                                        LSS      CLOSED
                                                        APPEAL
                         U.S. District Court
                Southern District of Florida (FtLauderdale)

                CRIMINAL DOCKET FOR CASE #: 00-CR-6115-ALL

USA v. Blackwood                                        Filed: 05/09/00

Other Dkt # 0:00-m -04096

Case Assigned to:   Judge William P. Dimitrouleas

MICHELE BLACKWOOD (1)              Samuel J. Smargon
    defendant                      [term  08/03/00]
  [term   08/03/00]                FTS 356-7556
                                   [COR LD NTC pda]
                                   Federal Public Defender's
                                   Office
                                   101 NE 3rd Avenue
                                   Suite 202
                                   Fort Lauderdale, FL 33301-1145
                                   954-356-7436


Pending Counts:                         Disposition

21:963=CP.F CONSPIRACY CONTRL      Imprisonment 15 months;
SUBST IMPORT/EXPORT                Supervised Release 36 months;
(1)                                Assessment $100.00
                                   (1)


Offense Level (opening):  4


Terminated Counts:                      Disposition

21:963=CP.F CONSPIRACY CONTRL      Dismissed
SUBST IMPORT/EXPORT                (2)
(2)

21:846=CP.F CONSPIRACY POSSESS     Dismissed
CONTRL SUBSTANCE                   (3)
(3)

21:841A=CD.F CONTROLLED SUBST      Dismissed
SELL/DISTR/DISPENSE                (4)
(4)


Offense Level (disposition):  4


Docket as of December 7, 2000 9:33 am              Page 1
```

[Certified true copy stamp: "Certified to be a true and correct copy of the document on file / Clarence Maddox, Clerk, U.S. District Court, Southern District of Florida / By Deputy Clerk / Date 12-7-00"]

```
Proceedings include all events.                                    LSS
0:00cr6115-ALL USA v. Blackwood                              CLOSED APPEAL


Complaints                              Disposition

Conspiracy to import
controlled substance into the
US; 21    USC 952(a) and 963
[ 0:00-m -4096 ]



=======================
Case Assigned to:  Judge William P. Dimitrouleas
KIRK STEWART (2)                Akhtar Hussain
  defendant                       [term  09/29/00]
  [term  09/29/00]              FTS 541-3200
                                305-541-2200
                                [COR LD NTC ret]
                                Hussain & Associates
                                2465 NW 7th Street
                                Miami, FL 33125
                                305-541-2200

                                Jason P. Grey
                                  [term  09/29/00]
                                FTS 325-0569
                                305-325-8119
                                [COR LD NTC cja]
                                1571 NW 13th Court
                                Miami, FL 33125

                                John Robert Howes
                                FTS 462-2255
                                [COR LD NTC cja]
                                John R. Howes
                                Trial Lawyers Building
                                633 SE 3rd Avenue
                                Suite 4F PO Box 697
                                Fort Lauderdale, FL 33302
                                954-763-6003


Pending Counts:                          Disposition

21:963=CP.F CONSPIRACY CONTRL    Imprisonment 97 months on each
SUBST IMPORT/EXPORT              count to run concurrent;
(1)                              Supervised Release 48 months;
                                 Assessment $400.00
                                 (1)

21:963=CP.F CONSPIRACY CONTRL    Imprisonment 97 months on each
SUBST IMPORT/EXPORT              count to run concurrent;
```

```
Proceedings include all events.                                          LSS
0:00cr6115-ALL USA v. Blackwood                                    CLOSED APPEAL

(2)                             Supervised Release 48 months;
                                Assessment $400.00
                                (2)

21:846=CP.F CONSPIRACY POSSESS  Imprisonment 97 months on each
CONTRL SUBSTANCE                count to run concurrent;
(3)                             Supervised Release 48 months;
                                Assessment $400.00
                                (3)

21:841A=CD.F CONTROLLED SUBST   Imprisonment 97 months on each
SELL/DISTR/DISPENSE             count to run concurrent;
(4)                             Supervised Release 48 months;
                                Assessment $400.00
                                (4)

Offense Level (opening): 4

Terminated Counts:

    NONE


Complaints                              Disposition

Conspiracy to import
controlled substance into the
US; 21   USC 952(a) and 963
[ 0:00-m -4096 ]
```

```
Proceedings include all events.                              LSS
0:00cr6115-ALL USA v. Blackwood                       CLOSED APPEAL

MICHELE BLACKWOOD

          defendant

=======================

KIRK STEWART

          defendant

=======================

USA

          plaintiff


U. S. Attorneys:

  Lynn Dena Rosenthal, AUSA
  FTS 356-7336
  954-356-7255
  [COR LD NTC]
  United States Attorney's Office
  500 E Broward Boulevard
  7th Floor
  Fort Lauderdale, FL 33394-3002
  954-356-7254

  PTS Officer
  FTS 356-7915
  954-769-5600
  [COR LD NTC]
  Pretrial Services Office
  299 E Broward Boulevard
  Suite 301
  Fort Lauderdale, FL 33301
  954-769-5600

  Probation Officer
  FTS 356-7061
  954-769-5500
  [COR LD NTC]
  United States Probation Office
  299 E Broward Boulevard
  Room 409
  Fort Lauderdale, FL 33301-1865
  954-769-5500
```

```
Proceedings include all events.                                    LSS
0:00cr6115-ALL USA v. Blackwood                               CLOSED APPEAL

5/4/00    --      ARREST of Michele Blackwood, Kirk Stewart
                  [ 0:00-m -4096 ] (pb) [Entry date 05/10/00]

5/5/00     1      COMPLAINT as to Michele Blackwood, Kirk Stewart
                  [ 0:00-m -4096 ] (pb) [Entry date 05/10/00]

5/5/00     2      REPORT Commencing Criminal Action as to Kirk Stewart  DOB:
                  6/9/69  Prisoner # 60645-004
                  [ 0:00-m -4096 ] (pb) [Entry date 05/10/00]

5/5/00     3      REPORT Commencing Criminal Action as to Michele Blackwood
                  DOB: 7/29/73  Prisoner # 60644-004
                  [ 0:00-m -4096 ] (pb) [Entry date 05/10/00]

5/5/00     4      ORDER on Initial Appearance as to Michele Blackwood
                  Pretrial Detention Requested ., for Appointment of Public
                  Defender Detention hearing set for 10:30 5/10/00;
                  Preliminary examination set for 11:00 5/19/00 ; before
                  Magistrate Barry S. Seltzer, ,  ( Signed by Magistrate
                  Judge Andrea M. Simonton on 5/5/00) Tape # 553323 CCAP
                  [ 0:00-m -4096 ] (pb) [Entry date 05/10/00]

5/5/00     5      ORDER on Initial Appearance as to Kirk Stewart Pretrial
                  Detention Requested. Detention hearing set for 10:30 5/8/00;
                  Preliminary examination set for 11:00 5/19/00; before
                  Magistrate Barry S. Seltzer, ,  ( Signed by Magistrate
                  Judge Andrea M. Simonton on 5/5/00) Tape # 00 3580 CCAP
                  [ 0:00-m -4096 ] (pb) [Entry date 05/10/00]

5/9/00     6      NOTICE of Assignment of Assistant Public Defender for
                  Michele Blackwood . Terminated attorney Public Defender for
                  Michele Blackwood AFPD Samuel J. Smargon assigned.
                  [ 0:00-m -4096 ] (pb) [Entry date 05/10/00]

5/9/00     7      DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
                  Michele Blackwood
                  [ 0:00-m -4096 ] (pb) [Entry date 05/10/00]

5/9/00    (8)     INDICTMENT as to Michele Blackwood (1) count(s) 1, 2, 3, 4,
                  Kirk Stewart (2) count(s) 1, 2, 3, 4 (Criminal Category 1)
                  (Preliminary Examination cancelled.) (pb)
                  [Entry date 05/10/00]

5/9/00    --      Magistrate identification: Magistrate Judge Lurana S. Snow
                  (pb) [Entry date 05/10/00]

5/10/00    9      ARRAIGNMENT INFORMATION SHEET for Michele Blackwood (1)
                  count(s) 1, 2, 3, 4   NOT GUILTY PLEA ENTERED as to all
                  counts. Court accepts plea. (ss) [Entry date 05/10/00]

5/10/00   10      Minute of PTD Hearing/Arraignment held on 5/10/00 before
                  Magistrate Barry S. Seltzer as to Michele Blackwood; Status
                  Conference 5/25/00 at 11:00; Court Reporter Name or Tape #:
                  00-034 @ 1605-1730 (ss) [Entry date 05/11/00]
```

Beg. \E\. 1

```
Proceedings include all events.                                    LSS
0:00cr6115-ALL  USA v. Blackwood                            CLOSED APPEAL
```
                                            vd. \ Conf.

| | | |
|---|---|---|
| 5/10/00 | 11 | STANDING DISCOVERY ORDER as to Michele Blackwood all motions concerning matters not covered by this order must be filed within 28 days of this order (Signed by Magistrate Barry S. Seltzer on 5/10/00) CCAP (ss) [Entry date 05/11/00] |
| 5/10/00 | 12 | ORDER SETTING STATUS CONFERENCE as to Michele Blackwood Status conference set for 11:00 5/25/00 for Michele Blackwood before Magistrate Judge Lurana S. Snow (Signed by Magistrate Barry S. Seltzer on 5/10/00) CCAP [EOD Date: 5/11/00] CCAP (ss) [Entry date 05/11/00] |
| 5/16/00 | 13 | NOTICE of Hearing as to Michele Blackwood: Set Jury trial for 9:00 6/12/00 for Michele Blackwood before Judge William P. Dimitrouleas, Set calendar call for 9:00 6/9/00 for Michele Blackwood before Judge William P. Dimitrouleas (ss) [Entry date 05/17/00] |
| 5/18/00 | (14) | CJA 20 as to Kirk Stewart: Appointment of Attorney Jason P. Grey (Signed by Magistrate Judge Andrea M. Simonton on 5/18/00 nunc pro tunc 5/5/00) (ss) [Entry date 05/22/00] |
| 5/22/00 | (15) | Minutes of Pretrial Detention Hearing/Arraignment held on 5/22/00 before Magistrate Judge Lurana S. Snow as to Kirk Stewart; Status Conference 6/6/00 at 11:00; Court Reporter Name or Tape #: 00-024 @ 1-506 (ss) [Entry date 05/23/00] |
| 5/22/00 | -- | Pretrial Detention hearing as to Kirk Stewart held (ss) [Entry date 05/23/00] |
| 5/22/00 | (16) | ARRAIGNMENT INFORMATION SHEET for Kirk Stewart (2) count(s) 1, 2, 3, 4 NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (ss) [Entry date 05/23/00] |
| 5/22/00 | (17) | STANDING DISCOVERY ORDER as to Kirk Stewart all motions concerning matters not covered by this order must be filed within 28 days of this order (Signed by Magistrate Judge Lurana S. Snow on 5/22/00) CCAP (ss) [Entry date 05/23/00] |
| 5/22/00 | (18) | ORDER SETTING STATUS CONFERENCE as to Kirk Stewart Status conference set for 11:00 6/7/00 for Kirk Stewart before Magistrate Barry S. Seltzer (Signed by Magistrate Judge Lurana S. Snow on 5/22/00) CCAP [EOD Date: 5/23/00] CCAP (ss) [Entry date 05/23/00] |
| 5/22/00 | (19) | NOTICE of Appearance for Kirk Stewart by Attorney Akhtar Hussain (ss) [Entry date 05/23/00] |
| 5/23/00 | (20) | NOTICE of Hearing as to Kirk Stewart: Set Jury trial for 9:00 6/26/00 before Judge William P. Dimitrouleas, Set calendar call for 9:00 6/23/00 before Judge William P. Dimitrouleas (ss) [Entry date 05/24/00] |

```
Proceedings include all events.                                          LSS
0:00cr6115-ALL USA v. Blackwood                    vol, 1 Conf. CLOSED APPEAL
```

| Date | # | Description |
|---|---|---|
| 5/23/00 | 21 | NOTICE of Hearing as to Kirk Stewart: Set Jury trial for 9:00 6/26/00 before Judge William P. Dimitrouleas, Set calendar call for 9:00 6/23/00 before Judge William P. Dimitrouleas (change in attorney of record) (ss) [Entry date 05/24/00] |
| 5/25/00 | 22 | ORDER OF DETENTION as to Kirk Stewart (Signed by Magistrate Judge Lurana S. Snow on 5/25/00) CCAP (ss) [Entry date 05/30/00] |
| 5/31/00 | 23 | RESPONSE to Standing Discovery Order by USA as to Kirk Stewart (ss) [Entry date 06/01/00] |
| 5/31/00 | 24 | Minutes of Change of Plea held on 5/31/00 before Judge William P. Dimitrouleas as to Michele Blackwood; GUILTY: Michele Blackwood (1) count(s) 1; Sentencing 8/3/00 at 8:45; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 06/01/00] |
| 5/31/00 | -- | Change of Plea Hearing as to Michele Blackwood held (ss) [Entry date 06/01/00] |
| 5/31/00 | 25 | Plea Agreement as to Michele Blackwood (ss) [Entry date 06/01/00] |
| 5/31/00 | 26 | NOTICE of Hearing as to Michele Blackwood: Setting Sentencing for 8:45 8/3/00 for Michele Blackwood before Judge William P. Dimitrouleas (ss) [Entry date 06/01/00] |
| 6/6/00 | 27 | TRANSCRIPT filed as to Kirk Stewart of Pretrial Detention Hearing held 5/22/00 before Judge Lurana S. Snow Pages: 1-16 (sn) [Entry date 06/06/00] vol. 2 |
| 6/7/00 | 28 | Minutes of Status Conference held on 6/7/00 before Magistrate Barry S. Seltzer as to Kirk Stewart; Court Reporter Name or Tape #: 00-046 @ 2306-2360 (ss) [Entry date 06/08/00] |
| 6/7/00 | -- | Status conference as to Kirk Stewart held (ss) [Entry date 06/08/00] |
| 6/7/00 | 29 | STATUS REPORT ORDER as to Kirk Stewart. (Signed by Magistrate Barry S. Seltzer on 6/7/00) CCAP [EOD Date: 6/8/00] CCAP (ss) [Entry date 06/08/00] |
| 6/12/00 | 30 | NOTICE of Unavailabilty of Counsel Akhtar Hussain by Kirk Stewart for dates of: 7/12/00 through 7/31/00 (ss) [Entry date 06/14/00] |
| 6/20/00 | 31 | NOTICE regarding counsel by USA as to Kirk Stewart (ss) [Entry date 06/20/00] |
| 6/20/00 | 32 | MOTION by USA as to Kirk Stewart for nine-day trial continuance (ss) [Entry date 06/21/00] |

Docket as of December 7, 2000 9:33 am                    Page 7

```
Proceedings include all events.                                        LSS
0:00cr6115-ALL USA v. Blackwood                              CLOSED APPEAL
```
vol. 1 Cont

```
6/20/00  (33)    ALTERNATIVE NOTICE OF 404(b) Evidence by USA as to Kirk
                 Stewart (ss) [Entry date 06/21/00]

6/23/00  (34)    Minutes of Calendar Call/Status Conference held on 6/23/00
                 before Judge William P. Dimitrouleas as to Kirk Stewart;
                 Trial & Jury Selection 6/26/00 at 10:00; Court Reporter
                 Name or Tape #: Bob Ryckoff (ss) [Entry date 06/23/00]

6/23/00   --     Calendar call as to Kirk Stewart held (ss)
                 [Entry date 06/23/00]

6/26/00  (35)    Minutes of Jury Selection and Trial Day 1 held on 6/26/00
                 before Judge William P. Dimitrouleas as to Kirk Stewart;
                 Day 2 6/27/00 at 9:00; Court Reporter Name or Tape #: Bob
                 Ryckoff (ss) [Entry date 06/27/00]

6/26/00   --     Voir dire begun as to Kirk Stewart (2) count(s) 1, 2, 3, 4
                 (ss) [Entry date 06/27/00]

6/26/00   --     Jury trial as to Kirk Stewart held (ss)
                 [Entry date 06/27/00]

6/26/00  (36)    EXPERT Witness notice by USA as to Kirk Stewart (ss)
                 [Entry date 06/27/00]

6/27/00  (37)    Minutes of Jury Trial Day 2 held on 6/27/00 before Judge
                 William P. Dimitrouleas as to Kirk Stewart; Court Reporter
                 Name or Tape #: Bob Ryckoff (ss) [Entry date 06/28/00]

6/27/00   --     Jury trial as to Kirk Stewart held (ss)
                 [Entry date 06/28/00]

6/27/00  (38)    Minutes of Change of Plea held on 6/27/00 before Judge
                 William P. Dimitrouleas as to Kirk Stewart; GUILTY: Kirk
                 Stewart (2) count(s) 1, 2, 3, 4; Sentencing 9/8/00 at
                 11:30; Court Reporter Name or Tape #: Bob Ryckoff (ss)
                 [Entry date 06/28/00]

6/27/00   --     Change of Plea Hearing as to Kirk Stewart held (ss)
                 [Entry date 06/28/00]

6/27/00  (39)    ORDER as to Kirk Stewart declaring defendant indigent for
                 the purposes of this appointment only (Signed by Judge
                 William P. Dimitrouleas on 6/27/00) CCAP [EOD Date:
                 6/28/00] CCAP※ (ss) [Entry date 06/28/00]

6/27/00  (40)    ORDER as to Kirk Stewart declaring defendant competent to
                 stand trial (Signed by Judge William P. Dimitrouleas on
                 6/27/00) CCAP [EOD Date: 6/28/00] CCAP※ (ss)
                 [Entry date 06/28/00]
```

Proceedings include all events.                                          LSS
0:00cr6115-ALL USA v. Blackwood                                    CLOSED APPEAL

| | | |
|---|---|---|
| 6/27/00 | 41 | NOTICE of Hearing as to Kirk Stewart: Setting Sentencing for 11:30 9/8/00 for Kirk Stewart before Judge William P. Dimitrouleas (ss) [Entry date 06/28/00] |
| 7/17/00 | 42 | SENTENCING MEMORANDUM by Michele Blackwood (ss) [Entry date 07/18/00] |
| 7/20/00 | 43 | RESPONSE by USA as to Michele Blackwood to [42-1] memorandum (ss) [Entry date 07/21/00] |
| 8/3/00 | 44 | Minutes of Sentencing held on 8/3/00 before Judge William P. Dimitrouleas as to Michele Blackwood; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 08/03/00] |
| 8/3/00 | -- | Sentencing held Michele Blackwood (1) count(s) 1 (ss) [Entry date 08/04/00] |
| 8/3/00 | 45 | JUDGMENT as to Michele Blackwood (1) count(s) 1. Imprisonment 15 months; Supervised Release 36 months; Assessment $100.00; count(s) 2, 3, 4. Dismissed (Signed by Judge William P. Dimitrouleas on 8/3/00) CCAP [EOD Date: 8/4/00] CCAP (ss) [Entry date 08/04/00] |
| 8/25/00 | 46 | MOTION by Kirk Stewart for continuance of sentencing (ss) [Entry date 08/28/00] |
| 8/28/00 | 47 | ORDER as to Kirk Stewart granting [46-1] motion for continuance of sentencing as to Kirk Stewart (2) Resetting Sentencing for 2:30 9/8/00 before Judge William P. Dimitrouleas (Signed by Judge William P. Dimitrouleas on 8/28/00) CCAP [EOD Date: 8/29/00] CCAP (ss) [Entry date 08/29/00] |
| 9/8/00 | 48 | Minutes of Sentencing held on 9/8/00 before Judge William P. Dimitrouleas as to Kirk Stewart; Sentencing reset to 9/28/00 at 1:00; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 09/11/00] |
| 9/11/00 | 49 | CJA 20 as to Kirk Stewart: Appointment of Attorney John Robert Howes (Signed by Judge William P. Dimitrouleas on 9/11/00 nunc pro tunc 9/8/00) (ss) [Entry date 09/12/00] |
| 9/11/00 | 50 | ORDER as to Kirk Stewart granting ore tenus motion to withdraw; John Howes is appointed to represent the defendant; Resetting Sentencing for 1:00 9/28/00 for Kirk Stewart before Judge William P. Dimitrouleas (Signed by Judge William P. Dimitrouleas on 9/8/00) CCAP [EOD Date: 9/12/00] CCAP (ss) [Entry date 09/12/00] |
| 9/19/00 | 51 | NOTICE of Appearance for Kirk Stewart by Attorney John R. Howes (ss) [Entry date 09/19/00] |
| 9/20/00 | 52 | MOTION by Kirk Stewart to object to P.S.I. (ss) [Entry date 09/21/00] |

```
Proceedings include all events.                                    LSS
0:00cr6115-ALL USA v. Blackwood                             CLOSED APPEAL
```
Vol. 1 cont.

| Date | # | Entry |
|---|---|---|
| 9/26/00 | 53 | SUPPLEMENTAL OBJECTIONS by Kirk Stewart to Presentence Investigation Report (ss) [Entry date 09/26/00] |
| 9/26/00 | 53 | POSITION with respect to sentencing factors by Kirk Stewart as to Kirk Stewart (ss) [Entry date 09/26/00] |
| 9/28/00 | 54 | Minutes of Sentencing held on 9/28/00 before Judge William P. Dimitrouleas as to Kirk Stewart; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 09/29/00] |
| 9/28/00 | 55 | Exhibit and Witness List as to Kirk Stewart (ss) [Entry date 09/29/00] |
| 9/28/00 | 56 | MOTION by Kirk Stewart to declare defendant indigent for purposes of appeal (ss) [Entry date 09/29/00] |
| 9/28/00 | 57 | ORDER as to Kirk Stewart granting [56-1] motion to declare defendant indigent for purposes of appeal as to Kirk Stewart (2) (Signed by Judge William P. Dimitrouleas on 9/28/00) CCAP [EOD Date: 9/29/00] CCAP☒ (ss) [Entry date 09/29/00] |
| 9/28/00 | -- | Sentencing held Kirk Stewart (2) count(s) 1, 2, 3, 4 (ss) [Entry date 10/02/00] |
| 9/29/00 | 58 | JUDGMENT as to Kirk Stewart (2) count(s) 1, 2, 3, 4. Imprisonment 97 months on each count to run concurrent; Supervised Release 48 months; Assessment $400.00 (Signed by Judge William P. Dimitrouleas on 9/29/00) CCAP [EOD Date: 10/2/00] CCAP (ss) [Entry date 10/02/00] |
| 10/3/00 | 59 | NOTICE OF APPEAL by Kirk Stewart re: [58-1] judgment order . EOD Date: 10/2/00; Kirk Stewart (2) count(s) 1, 2, 3, 4; Filing Fee: $ NO FEE REQUIRED - CJA; Copies to USCA, AUSA, USM, USPO and Counsel of Record. (gf) [Entry date 10/04/00] |
| 10/4/00 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Kirk Stewart [59-1] appeal (gf) [Entry date 10/04/00] |
| 10/4/00 | 60 | ORDER as to Kirk Stewart appointing John R. Howes as appeal counsel (Signed by Judge William P. Dimitrouleas on 10/4/00 nunc pro tunc 9/28/00) CCAP [EOD Date: 10/4/00] CCAP☒ (ss) [Entry date 10/04/00] |
| 10/12/00 | -- | NOTICE of Receipt of Transmittal Letter from USCA as to Kirk Stewart Re: [59-1] appeal  USCA Number: 00-15228-D (dl) [Entry date 10/17/00] |
| 10/20/00 | 61 | Appeal Information Sheet as to Kirk Stewart  re: [59-1] appeal Transcript due 11/20/00 for Kirk Stewart (gf) [Entry date 10/23/00] |

```
Proceedings include all events.                                   LSS
0:00cr6115-ALL USA v. Blackwood                            CLOSED APPEAL
```

| Date | # | Entry |
|---|---|---|
| 11/22/00 | 62 | TRANSCRIPT filed as to Kirk Stewart of Plea of Guilty held 6/27/00 before Judge William P. Dimitrouleas Volume #: 1 Pages: 1-37 re: [59-1] appeal . Appeal record due on 12/7/00 for Kirk Stewart (gf) [Entry date 11/28/00] Vol. 3 |
| 11/22/00 | 63 | TRANSCRIPT filed as to Kirk Stewart of Sentence held 9/28/00 before Judge William P. Dimitrouleas Volume #: 1 Pages: 1-73 re: [59-1] appeal . Appeal record due on 12/7/00 for Kirk Stewart (gf) [Entry date 11/28/00] Vol. 4 |
| 12/4/00 | 64 | CJA 24 as to Kirk Stewart Authorization to Pay Amount: $327.00 for Transcript Voucher # FLST2000603 (Signed by Judge William P. Dimitrouleas on 11/22/00) CCAP [EOD Date: 12/5/00] (ss) [Entry date 12/05/00] |
| 12/7/00 | 65 | Certificate of readiness transmitted to USCA as to Kirk Stewart re: [59-1] appeal by Kirk Stewart USCA # 00-15228-D (dl) [Entry date 12/07/00]   End. vol. 1 |