AO 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| KIRK STEWART | Case Number: 0:00CR06115-002 |
| | John Howes, Esq./Robin Rosenbaum, AUSA |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  1-4

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

FILED by ___ D.C.
SEP 2 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 963 | Conspiracy to Import Cocaine into the United States | 05/04/2000 | 1 |
| 21 U.S.C. § 952 (a) | Importation of Cocaine into the United States | 05/04/2000 | 2 |
| 21 U.S.C. § 846 | Conspiracy to Possess with Intent to Distribute Cocaine | 05/04/2000 | 3 |

See Additional Counts of Conviction - Page  2

The defendant is sentenced as provided in pages 2 through __8__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: 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 | 09/28/2000 |
| Defendant's Date of Birth: 06/09/1969 | Date of Imposition of Judgment |
| Defendant's USM No.: 60645-004 | |
| Defendant's Residence Address: | |
| Federal Detention Center | |
| 33 NE 4th Street | Signature of Judicial Officer |
| Miami | WILLIAM P. DIMITROULEAS |
| | UNITED STATES DISTRICT JUDGE |
| Defendant's Mailing Address: | Name & Title of Judicial Officer |
| Federal Detention Center | |
| 33 NE 4th Street | |
| Miami  FL  33132 | Date |

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By T. Ball
D. 2/27/01  FL 33132

Judgment-Page __3__ of __8__

DEFENDANT: **KIRK STEWART**
CASE NUMBER: 0:00CR06115-002

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __97 month(s)__.

97 months on each of Counts 1-4 to run concurrent.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ a.m./p.m. on _____.
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____.
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Deliver 1-22-01

Defendant delivered on __01-24-01__ to __FCI Loretto, PA__
at _____, with a certified copy of this judgment.

BOBBY P. SHEARIN WARDEN
~~UNITED STATES MARSHAL~~

By __Cathe Swinesed L.L.Ex__
~~Deputy U.S. Marshal~~