```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                 FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,    )  CASE NO.  00-6115-CR-WPD
                             )
             Plaintiff,      )
                             )
        -v-                  )
                             )
KIRK STEWART,                )
                             )  Fort Lauderdale, Florida
             Defendant.      )  June 27, 2000
_____)  8:52 a.m.

          EXCERPT - GOVERNMENT'S OPENING STATEMENT

              TRANSCRIPT OF TRIAL PROCEEDINGS

         BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                     U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff         ROBIN S. ROSENBAUM, ESQ.
                          Assistant U.S. Attorney
                          500 E. Broward Boulevard
                          Suite 700
                          Fort Lauderdale, Florida 33394


For the Defendant         AKHTAR HUSSAIN, ESQ.
                          2465 N.W. 7th Street
                          Miami, Florida  33126


Reporter                  ROBERT A. RYCKOFF
                          Official Court Reporter
                          299 East Broward Boulevard
                          Fort Lauderdale, Florida  33301
                          954-769-5657
```




# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**