UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

CLARENCE MADDOX
Court Administrator/Clerk of Court

CLERK, U.S. COURT OF APPEALS
Eleventh Judicial Circuit
56 Forsyth Street
Atlanta, Georgia   30303

Date: March 13, 2001
USDC # 00-6115-CR-WDF
USCA # 00-15228-DD

IN RE: **USA v. Stewart**

=================================================================

### 1st Supplemental Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

_1_ Volume of Transcripts

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
                              Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
Signature

```
Proceedings include events between 2/26/01 and 3/13/01.           LSS
0:00cr6115-ALL USA v. Blackwood                              CLOSED APPEAL

                                                        LSS    CLOSED
                                                               APPEAL
                          U.S. District Court
               Southern District of Florida (FtLauderdale)

               CRIMINAL DOCKET FOR CASE #: 00-CR-6115-ALL

USA v. Blackwood                                        Filed: 05/09/00

Other Dkt # 0:00-m -04096
--------------------------------------------------------------------------
2/26/01   67    TRANSCRIPT EXCERPT filed as to Kirk Stewart of Government's
                Opening Statement of Trial Proceedings held 06/27/00 before
                Judge William P. Dimitrouleas Volume #: 1 Pages: 1-7 re:
                [59-1] appeal . Appeal record due on 3/13/01 for Kirk
                Stewart (gf) [Entry date 02/27/01]     Supp. 1, Vol. 1

2/26/01   68    Appeal Information Sheet as to Kirk Stewart  re: [59-1]
                appeal Transcript filed on 2/26/01 for Kirk Stewart (gf)
                [Entry date 02/27/01]

3/13/01   --    Transmitted record on appeal to U.S. Court of Appeals as to
                Kirk Stewart  : [59-1] appeal (dl) [Entry date 03/13/01]

3/13/01   69    1st Supplemental Certificate of readiness transmitted to
                USCA as to Kirk Stewart  re: [59-1] appeal  by Kirk Stewart
                 USCA # 00-15228-D (gf) [Entry date 03/13/01]
```

