**UNITED STATES DISTRICT COURT**
Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

CASE NO: _00-6115 CR-WPD_

STYLE: _USA v Kirk Stewart_

DATE: _9-27-01_

The Chambers of the Honorable _William P. Dimitrouleas_ has received the attached document. After review, it has been determined that this document requires the following action by the Clerk's Office:

☒ Docket this document as a motion for _Transcripts_ .

____ Docket this document as a response to the following motion: _____ .

____ Docket this document as an answer _____ .

____ Docket this document as _____ .

____ Docket this as an information matter only and file on the left side of the file.

____ Other: _____

Signed: _Karen A. Carlton_

Name: _KAREN A CARLTON_

Title: _Courtroom Deputy_

September 23, 2001

Hon. William P. Dimitrouleas
United States District Court
299 E. Broward Blvd., Room 108
Fort Lauderdale, Florida 33301



    Re: U.S.A. v. Kirk Stewart
        Case No. 9 6115-CR-Dimitrouleas

Dear Judge Dimitrouleas:

    I hope this letter finds you well. Your Honor I would like to implore your assistance in requiring my attorney (Mr. John R. Howes) provide me with a complete copy of all documents pertaining to my case (transcripts of all court proceeding included). Recently, my appeal was affirmed by the Eleventh Circuit and I am in need of my court records to perfect and file a motion pursuant to 28 U.S.C. § 2255 with the court. Your Honor, on numerous occasions I have asked my attorney to provide me with the above-stated documents, but my efforts were to no avail. It is because of such failures why I implore the court's assistance in this matter.

    Please note that this letter should not be treated as a motion pursuant to § 2255.

    Thank you very much for you kind assistance. I look forward to hearing from you.

                                      Cordially,

                                      *Kirk Stewart*
                                      Kirk Stewart
                                      Reg. No. 60545-004
                                      FCI Loretto
                                      P.O. Box 1000
                                      Loretto, PA 15940

Copy to:

    Mr. John P. Howes, Attorney

KS/p



KIRK STEWART
REG. NO. 60545-044
FEDERAL CORRECTIONAL INSTITUTION
POST OFFICE BOX 1000
LORETTO, PA 15940

***(LEGAL MAIL)***

A. CARLOS JUENKE, Clerk
ATT: HON. WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT COURT
299 E. BROWARD BLVD., ROOM 108
FORT LAUDERDALE, FLORIDA 33301