UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6115-CR-DIMITROULEAS

    Plaintiff,

vs.

KIRK STEWART,

    Defendant.
_____/



## ORDER DEFERRING RULING

THIS CAUSE having come before this Court on Defendant's pro se September 23, 2001 letter requesting transcripts from former counsel, and the Court realizing that prisoners do not have a right to free transcripts in order to file collateral attacks; U.S. v. Horvath, 157 F. 3d 131 (2d Cir. 1998), nevertheless, the Court defers ruling for five (5) days to await a response from Mr. Howes and/or the Government as to whether the Defendant has a right to transcripts in Mr. Howes' possession. Certainly, Mr. Howes has no obligation to copy those transcripts, but does the Defendant have a right to Mr. Howes' copies?

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 27 day of September, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

John Howes, Esquire
633 S.E. Third Avenue, #4-F
Ft. Lauderdale, FL 33301

Robin Rosenbaum, AUSA

Kirk Stewart, #60545-004
c/o FCI Loretto
P.O. Box 1000
Loretto, PA 15940