UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6115-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KIRK STEWART,

Defendant.
==================================\

### RESPONSE TO ORDER DEFERRING RULING

THE undersigned as former counsel for Defendant KIRK STEWART, would respond to this Court's Order Deferring Ruling dated September 27, 2001 as follows:

1) Today upon receipt of the Order of this Court, the undersigned conducted a review of his files in this matter. Absent from those files are any requests for documents from Mr. Stewart either orally or in writing. The undersigned via the Pacer System obtained a copy of the letter from Mr. Stewart to the Court. Despite the accusation by Mr. Stewart in his letter that a copy of same had been supplied to the undersigned, it was via the Pacer System that the undersigned was able to first review said request.

2) The majority of Mr. Stewart's requests had dealt with the return of his personal property. All of his requests in that matter were fulfilled. Prior



    to sentencing, Mr. Stewart requested copies of written materials via telephone conversation. I did respond in letters dated September 2, 2000 and September 18, 2000 to requests for materials from Mr. Stewart. A copy of the Presentence Investigation Report as well as the Supplemental Objections that were filed on Mr. Stewart's behalf were timely provided to him.

3)     In preparing the appeal for Mr. Stewart, the undersigned made a "work" copy of the transcript of sentencing and of the change of plea. The undersigned has this date mailed these materials to Mr. Stewart at FCI-Loretto, Post Office Box #1000, Loretto, PA 15940. It appears that I now provided Mr. Stewart with all documentation in the possession of the undersigned and all of Mr. Stewart's desires have been fulfilled. It is the hope of the undersigned that in so doing, this Court can better allocate its time to matters of greater urgency.

                                      Respectfully submitted,

                                      John R. Howes

                                      JOHN R. HOWES, ESQ.
                                      JOHN R. HOWES, P.A.
                                      633 Southeast Third Avenue, 4R
                                      Ft. Lauderdale, FL 33301
                                      Office:    (954) 763-6003
                                      Fax:      (954) 462-2255
                                      Fla. Bar No: 219193

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. MAIL to: ROBIN ROSENBAUM, ESQ., Assistant U.S. Attorney 500 East Broward Blvd., Suite #700, Fort Lauderdale, FL 33301 and KIRK STEWART, Reg. No: 60545-004, FCI-Loretto, Post Office Box #1000, Loretto, PA 15940, this ___/5ᵗ___ day of OCTOBER, 2001.

JOHN R. HOWES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6115-CR-DIMITROULEAS

Plaintiff,

vs.

KIRK STEWART,

Defendant.

_____/

FILED by _____ D.C.

SEP 27 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER DEFERRING RULING

THIS CAUSE having come before this Court on Defendant's pro se September 23, 2001 letter requesting transcripts from former counsel, and the Court realizing that prisoners do not have a right to free transcripts in order to file collateral attacks; U.S. v. Horvath, 157 F. 3d 131 (2d Cir. 1998), nevertheless, the Court defers ruling for five (5) days to await a response from Mr. Howes and/or the Government as to whether the Defendant has a right to transcripts in Mr. Howes' possession. Certainly, Mr. Howes has no obligation to copy those transcripts, but does the Defendant have a right to Mr. Howes' copies?

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 27 day of September, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

John Howes, Esquire
633 S.E. Third Avenue, #4-F
Ft. Lauderdale, FL 33301

Robin Rosenbaum, AUSA

Kirk Stewart, #60545-004
c/o FCI Loretto
P.O. Box 1000
Loretto, PA 15940