UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6115-CR-DIMITROULEAS

    Plaintiff,

vs.

KIRK STEWART,

    Defendant.
_____/



### AMENDED ORDER

THIS CAUSE having come before this Court on Defendant's pro se September 23, 2001 letter requesting transcripts from former counsel, and the Court realizing that prisoners do not have a right to free transcripts in order to file collateral attacks; U.S. v. Horvath, 157 F. 3d 131 (2d Cir. 1998), and the Court having received an October 1, 2001 response from the Government, and an October 2, 2001 Response from Mr. Howes, the Court finds that Mr. Howes has no obligation to copy those transcripts, and the Court is uncomfortable ordering Mr. Howes to give up his only copy. The Court recognizes that collateral attacks often involves allegations about trial counsel. Nevertheless, it appears now that Mr. Howes has voluntarily provided the requested materials.

Therefore, Stewart's request for relief is Denied as Moot.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of October, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

John Howes, Esquire
633 S.E. Third Avenue, #4-F
Ft. Lauderdale, FL 33301

Robin Rosenbaum, AUSA

Kirk Stewart, #60545-004
c/o FCI Loretto
P.O. Box 1000
Loretto, PA 15940