IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

KIRK STEWART, )
    Defendant-Petitioner, )
                                   )
vs. )  CASE NO.: 00-6115-CR-WPD
                                   )
UNITED STATES OF AMERICA, )
    Plaintiff-Respondent. )
                                   /

**02-60837**
**CIV-DIMITROULEAS**

**MAGISTRATE JUDGE SELTZER**

MOTION FOR LEAVE TO FILE
MEMORANDUM/TRAVERSE IN SUPPORT
OF 28 U.S.C. SECTION 2255 MOTION UPON THE
FILING OF A RESPONSIVE PLEADING BY THE GOVERNMENT

TO THE HONORABLE COURT:

Comes Now Kirk Stewart (hereinafter petitioner) who appears pro se in the above-styled cause, and moves this Honorable Court to for leave to file a memorandum/traverse in support of his motion under 28 U.S.C. § 2255.

1.

Presently pending before the United States Supreme Court is the soon to be decided case of Harris v. United States, 122 S.Ct. 663 (2001), which would weigh heavily on the merits or demerits and outcome of the instant § 2255 motion.

2.

That because the issues raised in the petitioner's § 2255 motion are complex, and are based entirely on the Supreme Court's decision in Apprendi v. New Jersey, 120 S.Ct. 2348 (2000) (which the courts are still divided as to it's reach and full application), granting the petitioner's motion for leave to file a memorandum/traverse in support of his § 2255 motion upon the filing of a responsive pleading by the government would cause no prejudice to the



government. In fact, the petitioner would be prejudiced if the instant motion is denied.

WHEREFORE, premises considered, it is respectfully requested that the motion be granted for good cause shown.

RESPECTFULLY SUBMITTED,

BY: *Kirk Stewart*
KIRK STEWART

Executed on this 4 day of June 2002.

Copy to:

Robin Rosenbaum, AUSA

KS/p

## CERTIFICATE OF SERVICE

This is to certify I have this date under the penalty of perjury (Title 28 U.S.C. § 1746 and the institution mailbox rule) served a true and correct copy of the foregoing Motion upon counsel of record as follows:[1]

Robin S. Rosenbaum, Esq.
Assistant U.S. Attorney
500 E. Broward Boulevard
Suite 700
Fort Lauderdale, Florida 33394

by placing the same in the United States mail, first class postage prepaid and properly affixed thereto.

This __7__ day of June, 2002.

BY: *Kirk Stewart*
KIRK STEWART

Reg. No. 60645-004
FCI Loretto
P.O. Box 1000
Loretto, PA 15940

---

[1] Pursuant to the United States Supreme Court's holding in Houston v. Lack, 487 U.S. 266, 271-272 (1988) and Adams v. United States, 173 F.3d 1339, 1343 (11th Cir. 1999), this Motion was delivered to prison authorities for forwarding to the Court on the date shown above. Therefore, this motion should be deemed filed with the Court on the aforesaid date.